IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| RE/MAX International, Inc., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 4:07-CV-02426 |
| TREND SETTER REALTY, LLC, a Texas limited liability company; | ) |
| PAVNOUTY ABRAHAM, an individual; | ) |
| and | ) |
| DEBORAH N. MILLER, an individual | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pending before the Court is the Motion for Partial Summary Judgment filed by Plaintiff RE/MAX International, Inc. ("RE/MAX"). Having considered RE/MAX's Motion for Partial Summary Judgment, Defendants' response, and argument, if any, the Court is of the opinion that the motion should be granted.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that:

1. The Court has subject matter jurisdiction over this matter and personal jurisdiction and venue over Defendants Trend Setter Realty, Inc. ("Trend Setter"), Pavnouty Abraham and Deborah Miller (collectively "Defendants").

2. Plaintiff's Motion for Partial Summary Judgment against Defendants is hereby GRANTED in its entirety.

1

2

ENTERED this \_\_\_\_ day of _____, 2009.

_____
Lee H. Rosenthal
United States District Court Judge