**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| RE/MAX International, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TREND SETTER REALTY, LLC, ) <br> a Texas limited liability company; ) <br> ) <br> PAVNOUTY ABRAHAM, an individual; ) <br> ) <br> and ) <br> ) <br> DEBORAH N. MILLER, an individual ) <br> ) <br> Defendants. ) <br> ) | **CIVIL ACTION NO. 4:07-CV-02426** |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT A

# The United States of America

№ 1702048

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-first day of July 1992.

Acting Commissioner of Patents and Trademarks

EXHIBIT A

## NOTICE

*This Registration will be canceled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is in use in Commerce or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark. A fee of $100.00 for each class must accompany the affidavit.*

Int. Cls.: **35 and 36**

Prior U.S. Cls.: **101 and 102**

**United States Patent and Trademark Office**

Reg. No. 1,702,048
Registered July 21, 1992

## SERVICE MARK
PRINCIPAL REGISTER



RE/MAX INTERNATIONAL, INC. (COLORADO CORPORATION)
SUITE 1200
5445 DTC PARKWAY
ENGLEWOOD, CO 80111

FOR: FRANCHISING SERVICES, NAMELY, OFFERING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF REAL ESTATE AND INSURANCE BROKERAGE FIRMS, IN CLASS 35 (U.S. CL. 101).

FIRST USE 1-1-1974; IN COMMERCE 1-1-1974.

FOR: REAL ESTATE BROKERAGE AND INSURANCE BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 1-1-1974; IN COMMERCE 1-1-1974.

OWNER OF U.S. REG. NOS. 1,139,014, 1,158,371, AND 1,173,586.

THE DRAWING IS LINED FOR COLOR TO SHOW THE TOP RECTANGULAR BAR TO BE RED AND THE BOTTOM RECTANGULAR BAR TO BE BLUE.

THE MIDDLE BAR IS WHITE AND IS BOUNDED ON THE LEFT AND RIGHT BY DOTTED LINES TO SHOW ITS LOCATION. SUCH DOTTED LINES ARE NOT PART OF THE MARK AND NO CLAIM IS MADE TO SUCH DOTTED LINES.

SER. NO. 73-839,624, FILED 11-15-1989.

LINDA E. BOHANNON, EXAMINING ATTORNEY



Nº 1691854

CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this ninth day of June 1992.

## NOTICE

*This Registration will be canceled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is in use in Commerce or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark. A fee of $100.00 for each class must accompany the affidavit.*

Int. Cls.: 35 and 36

Prior U.S. Cls.: 101 and 102



**United States Patent and Trademark Office**  Reg. No. 1,691,854
Registered June 9, 1992

## SERVICE MARK
### PRINCIPAL REGISTER



RE/MAX INTERNATIONAL, INC. (COLORADO CORPORATION)
SUITE 1200
5445 DTC PARKWAY
ENGLEWOOD, CO 80111

  FOR: FRANCHISING SERVICES; NAMELY, OFFERING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF REAL ESTATE AND INSURANCE BROKERAGE FIRMS, IN CLASS 35 (U.S. CL. 101).

  FIRST USE 10-7-1979; IN COMMERCE 10-7-1979.

  FOR: REAL ESTATE BROKERAGE AND INSURANCE BROKERAGE SERVICES, IN CLASS 36 (U.S. CL. 102).

  FIRST USE 10-7-1979; IN COMMERCE 10-7-1979.

  OWNER OF U.S. REG. NOS. 1,139,014, 1,158,371, AND 1,173,586.

  SER. NO. 73-839,631, FILED 11-15-1989.

LINDA E. BOHANNON, EXAMINING ATTORNEY

# The United States of America

Nº 1720592

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-ninth day of September 1992.

Acting Commissioner of Patents and Trademarks

Int. Cls.: 35 and 36

Prior U.S. Cls.: 101 and 102

**United States Patent and Trademark Office**  Reg. No. 1,720,592
Registered Sep. 29, 1992

## SERVICE MARK
## PRINCIPAL REGISTER



RE/MAX INTERNATIONAL, INC. (COLORADO CORPORATION)
SUITE 1200
5445 DTC PARKWAY
ENGLEWOOD, CO 80111

FOR: FRANCHISING SERVICES; NAMELY, OFFERING TEHCNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF REAL ESTATE AND INSURANCE BROKERAGE FIRMS, IN CLASS 35 (U.S. CL. 101).

FIRST USE 10-7-1979; IN COMMERCE 10-0-1979.

FOR: REAL ESTATE BROKERAGE AND INSURANCE BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 10-7-1979; IN COMMERCE 10-0-1979.

THE DRAWING IS LINED FOR COLOR TO SHOW THE TOP RECTANGULAR BAR TO BE RED AND THE BOTTOM RECTANGULAR BAR TO BE BLUE. THE MIDDLE BAR IS WHITE AND IS BOUNDED ON THE LEFT AND RIGHT BY DOTTED LINES TO SHOW ITS LOCATION. THE DOTTED LINES ARE NOT PART OF THE MARK AND NO CLAIM IS MADE TO SUCH DOTTED LINES.

SER. NO. 73-839,632, FILED 11-15-1989.

LINDA E. BOHANNON, EXAMINING ATTORNEY