# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RE/MAX International, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO. 4:07-CV-02426** |
| v. ) | |
| ) | |
| TREND SETTER REALTY, LLC, ) | |
| a Texas limited liability company; ) | |
| ) | |
| PAVNOUTY ABRAHAM, an individual; ) | |
| ) | |
| and ) | |
| ) | |
| DEBORAH N. MILLER, an individual ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT E

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,222,708

United States Patent and Trademark Office    Registered Mar. 27, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



TREND SETTER REALTY, LLC (TEXAS LTD LIAB CO)
5851 SOUTHWEST FREEWAY #203
HOUSTON, TX 77057

FOR: REAL ESTATE BROKERAGE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-1996; IN COMMERCE 10-19-1998.

THE COLORS RED, WHITE AND BLUE ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR RED APPEARS IN THE TOP PORTION OF THE RECTANGLE, THE COLOR WHITE APPEARS IN THE STYLIZED REPRESENTATION OF THE HOUSE, AND THE COLOR BLUE APPEARS IN THE BOTTOM RECTANGLE.

SER. NO. 78-895,349, FILED 5-30-2006.

TRICIA SONNEBORN, EXAMINING ATTORNEY