**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| RE/MAX International, Inc., ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION NO. 4:07-CV-02426** |
| ) | |
| v. ) | |
| ) | |
| TREND SETTER REALTY, LLC, ) | |
| a Texas limited liability company; ) | |
| ) | |
| PAVNOUTY ABRAHAM, an individual; ) | |
| ) | |
| and ) | |
| ) | |
| DEBORAH N. MILLER, an individual ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT F

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78895349
## Filing Date: 05/30/2006

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5 \788\953\78895349\xml1\AP P0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | NO |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 726 x 258 |
| **OWNER SECTION** | |
| NAME | Trend Setter Realty, LLC |
| STREET | 5851 Southwest Freeway #203 |
| CITY | Houston |
| STATE | Texas |
| ZIP/POSTAL CODE | 77057 |
| COUNTRY | United States |
| PHONE | 713-333-7206 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Texas |
| **GOODS AND/OR SERVICES SECTION** | |
| | |

| | |
|---|---|
| INTERNATIONAL CLASS | 036 |
| DESCRIPTION | Real estate brokerage |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/00/1996 |
| FIRST USE IN COMMERCE DATE | At least as early as 10/19/1998 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT5\IMAGEOUT5\788\953\78895349\xml1\AP P0003.JPG |
| SPECIMEN DESCRIPTION | Advertisement sign |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /ErikMPelton/ |
| SIGNATORY NAME | Erik M. Pelton |
| SIGNATORY DATE | 05/30/2006 |
| SIGNATORY POSITION | Attorney |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| PAYMENT METHOD | ET |

## ATTORNEY

| | |
|---|---|
| NAME | Erik M. Pelton |
| FIRM NAME | Erik M. Pelton, Attorney at Law |
| STREET | PO Box 100637 |
| CITY | Arlington |
| STATE | Virginia |
| ZIP/POSTAL CODE | 22210 |
| COUNTRY | United States |
| PHONE | 703-525-8009 |
| FAX | 703-525-8089 |

| EMAIL | emp@tm4smallbiz.com |
|---|---|
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## CORRESPONDENCE SECTION

| NAME | Erik M. Pelton |
|---|---|
| FIRM NAME | Erik M. Pelton, Attorney at Law |
| STREET | PO Box 100637 |
| CITY | Arlington |
| STATE | Virginia |
| ZIP/POSTAL CODE | 22210 |
| COUNTRY | United States |
| PHONE | 703-525-8009 |
| FAX | 703-525-8089 |
| EMAIL | emp@tm4smallbiz.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## FILING INFORMATION

| SUBMIT DATE | Tue May 30 08:09:57 EDT 2006 |
|---|---|
| TEAS STAMP | USPTO/BAS-6883222226-2006 0530080957460388-78895349 -200f6b24e884ab842b90c888 e72eb72640-ET-1182-200605 30080829396071 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78895349
## Filing Date: 05/30/2006

**To the Commissioner for Trademarks:**

**MARK:** (Stylized and/or Design, see [mark](#))

The applicant, Trend Setter Realty, LLC, a limited liability company organized under the laws of Texas, residing at 5851 Southwest Freeway #203, Houston, Texas, United States, 77057, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

 International Class 036: Real estate brokerage

In International Class 036, the mark was first used at least as early as 12/00/1996, and first used in commerce at least as early as 10/19/1998, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Advertisement sign.

 [Specimen - 1](#)

The applicant hereby appoints Erik M. Pelton of Erik M. Pelton, Attorney at Law, PO Box 100637, Arlington, Virginia, United States, 22210 to submit this application on behalf of the applicant.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: emp@tm4smallbiz.com.

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /ErikMPelton/ Date: 05/30/2006
Signatory's Name: Erik M. Pelton

Signatory's Position: Attorney


Mailing Address:
    Erik M. Pelton
    PO Box 100637
    Arlington, Virginia 22210

RAM Sale Number: 1182
RAM Accounting Date: 05/30/2006

Serial Number: 78895349
Internet Transmission Date: Tue May 30 08:09:57 EDT 2006
TEAS Stamp: USPTO/BAS-6883222226-2006053008095746038
8-78895349-200f6b24e884ab842b90c888e72eb
72640-ET-1182-20060530080829396071







