**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| RE/MAX International, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO. 4:07-CV-02426** |
| v. ) | |
| ) | |
| TREND SETTER REALTY, LLC, ) | |
| a Texas limited liability company; ) | |
| ) | |
| PAVNOUTY ABRAHAM, an individual; ) | |
| ) | |
| and ) | |
| ) | |
| DEBORAH N. MILLER, an individual ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT H

# ASSIGNMENT

This Assignment is by and between Texan Elite Group, Inc., a Texas company, having its principal place of business at 11319 Fountain Lake Drive, Stafford, TX, 77477 ("Elite") and RE/MAX International, Inc., a Colorado corporation having its principal place of business at 8390 East Crescent Parkway, Suite 600, Greenwood Village, Colorado 80111 ("RE/MAX"), to become effective on complete execution of the signature block provided below ("Effective Date").

WHEREAS, Elite entered into an *Independent Contractor Agreement* with Debbie Miller ("Ms. Miller") on February 15, 2003;

WHEREAS, Elite's relationship with Ms. Miller has terminated;

WHEREAS, Ms. Miller is continuing to use a red-over-white-over-blue horizontal bar design to promote her services, notwithstanding that her relationship with Elite has terminated;

WHEREAS, RE/MAX is interested in acquiring certain rights of action and other rights held by Elite under the *Independent Contractor Agreement*.

NOW THEREFORE, in consideration of One Dollar ($1.00), and other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, the parties hereby agree as follows:

Elite hereby assigns all of its rights of action and other rights under the *Independent Contractor Agreement* (attached hereto as Exhibit A), including but not limited to paragraph 17, entitled "Subsequent Business Activity," to RE/MAX, including without limitation, all right to pursue legal action and to pursue all available remedies against Ms. Miller for breach of said provision.

WHEREFORE, the parties hereto indicate their agreement to the foregoing by their signatures below.

**RE/MAX International, Inc.**

_____
Geoff Lewis, Chief Legal Officer

Date: 18 July 07

**Texan Elite Group, Inc.**

By _____

Its President

Date: 7-18-2007

den-fs1\178484v01\63529.022600