_____  )
                                   )
RE/MAX International, Inc.,         )
                                   )
        Plaintiff,                 )
                                   )    **CIVIL ACTION NO.  4:07-CV-02426**
v.                                 )
                                   )
TREND SETTER REALTY,  LLC,         )
a Texas limited liability company; )
                                   )
PAVNOUTY ABRAHAM, an individual;   )
                                   )
and                                )
                                   )
DEBORAH N. MILLER, an individual   )
                                   )
        Defendants.                )
_____  )

## <u>DECLARATION OF ROBERT A. PETERSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

# EXHIBIT 1

# Attachment 1

## RESUME

## ROBERT A. PETERSON

**John T. Stuart III Centennial Chair in
Business Administration**

**Associate Vice President for Research**

**Charles Hurwitz Fellow
IC$^2$ Institute**

**The University of Texas at Austin**

**September, 2008**

I.    **BACKGROUND**

**Address**

| | |
|---|---|
| **Home** | 3210 Park Hills Drive |
| | Austin, Texas 78746 |
| | (512) 327-2187 |
| | |
| **University** | Department of Marketing |
| | CBA 7.242 |
| | The University of Texas at Austin |
| | Austin, Texas 78712 |
| | (512) 471-9438 |
| | rap@mail.utexas.edu |

**Personal Data**

| | |
|---|---|
| **Education** | BS, University of Minnesota, 1966 |
| | MS, University of Minnesota, 1968 |
| | PhD, University of Minnesota, 1970 |
| | |
| **Date of Birth** | March 25, 1944 |
| **Place of Birth** | New York City |
| **Marital Status** | Married, 3 children |
| | |
| **Academic Honors** | BS awarded with high distinction |
| | Vaile Fellowship |
| | Kaiser Fellowship |

Beta Gamma Sigma

**Employment History**

Research Assistant
  Center for Interest Measurement Research,
  University of Minnesota, 1964-67

Research Assistant
  Center for Experimental Studies in Business,
  University of Minnesota, 1968

Instructor
  Marketing Department
  University of Minnesota, 1969-1970

Assistant Professor of Marketing
  The University of Texas at Austin, 1970-73

Associate Professor of Marketing
  The University of Texas at Austin, 1973-77

Professor of Marketing
  The University of Texas at Austin, 1977-

Senior Research Fellow
  $IC^2$ Institute, The University of Texas
  at Austin, 1978-1983

Sam Barshop Professor of Marketing
  The University of Texas at Austin, 1981-85

Chairman, Department of Marketing
  1983-85

Charles E. Hurwitz Centennial Fellow
  $IC^2$ Institute, The University of Texas
  at Austin, 1983-

John T. Stuart III Centennial Chair in
  Business Administration, 1985-

Associate Dean for Research, 2002-04

Deputy Director and Director of
  Research, $IC^2$ Institute, The University of
  Texas at Austin, 2004-2006

Associate Vice President for Research, 2006-

## II.    ACADEMIC

### Areas of Expertise

Consumer Behavior
Marketing Research
Promotion
Quantitative Methods
Sales Forecasting
Marketing Strategy

### Courses Taught

Marketing Research
Marketing Information Analysis
Research Design and Measurement
Promotion
Group Dynamics
Multivariate Statistics
Introductory Marketing
Consumer Behavior
Marketing for Service Organizations
Supervised Teaching for Teaching Assistants
Marketing Strategy
Marketing Theory

### Professional Societies

Academy of Marketing Science
American Marketing Association
American Psychological Association
American Sociological Association
American Statistical Association
Association for Consumer Research
Decision Sciences Institute
Society for Marketing Advances
Southwestern Marketing Association

## III.   HONORS, AWARDS, AND ACTIVITIES

### Editorial

Advisory Editor (Marketing) - *Social Science Quarterly,* 1974-1984

Senior Advisory Board - *Journal of Personal Selling and Sales Management*, 2002-04
Book Review Editor - *Journal of Marketing Research,* 1975-1982
Book Review Editor - *Journal of Marketing,* 1976-1979
Editor - *Southwestern Marketing Association Newsletter,* 1976-1977
Editorial Review Board - *Journal of Marketing,* 1976-1979, 1981-
Editorial Review Board - *Journal of Marketing Research,* 1975-1991
Editorial Review Board - *International Marketing Review,* 1979-
Editorial Review Board - *Journal of the Academy of Marketing Science,* 1980-
Editorial Review Board - *Business Review,* 1984-2001
Editorial Review Board - *Marketing Letters,* 1989-2000
Editorial Review Board - *Journal of Retailing,* 1992-
Editorial Review Board - *Journal of International Marketing,* 1992-1999
Editorial Review Board - *Journal of Personal Selling & Sales Management,* 1995-
Editorial Review Board - *International Journal of Internet Marketing and Advertising*, 2002-
Editorial Review Board - *AMS Review*, 1999-
Editorial Advisory Board - *Journal of Health Care Marketing,* 1985-89
Editor - *Journal of Marketing Research,* 1985-88
Editor - *Journal of the Academy of Marketing Science,* 1991-94
Editor - *Technology Knowledge Activities,* 1993-95
Associate Editor - *Journal of Consumer and Market Research,* 1996-99


## Professional and Association Honors

Chairman, National Committee on Teaching Effectiveness, Decision Sciences Institute, 1972-1974
National Council Member, Decision Sciences Institute, 1974-1975
Chairman, Doctoral Research Grants Committee, American Marketing Association, 1975-1976
Program Chairman, Southwestern Marketing Association Conference, 1976-1977
Invited Faculty Member, American Marketing Association Doctoral Consortium, 1976, 1982, 1985-1988, 1998, 2001 (invited, could not attend), 2002, 2005, 2006 (could not attend), 2007, 2008 (could not attend)
President, Southwestern Marketing Association, 1977-1978
President and Founder, Austin Chapter of the American Marketing Association, 1977-1979
Member, International Advisory Council, American Marketing Association, 1979-1982
Member, Board of Directors, American Marketing Association, 1979-1981
Member, Dissertation Competition Committee, American Marketing Association, 1980-1982, 1991-1992, 1997
Member, Committee to Select Best Conference Paper, Southwestern Marketing Association, 1981-1984
Member, Alpha Mu Alpha Advisory Council, American Marketing Association, 1980-

1981
Vice President, American Marketing Association, 1980-1981
Fellow, Southwestern Marketing Association, 1982
Member, Board of Governors, Academy of Marketing Science, 1982-1986, 1994-
    (Chairman, 1994-1998)
Member, Dissertation Competition Committee, American Psychological Association
    (Division 23), 1982-1983
Co-chairman, American Marketing Association Educators' Conference, 1984
Invited Faculty Member, Southwestern Marketing Association Doctoral Consortium,
    1984, 1986-1988, 1991-1994
Member, American Marketing Association Committee to Select Distinguished
    Marketing Educator, 1984-1991; Chairman, 1989-91
Member, Decision Sciences Institute Membership Committee, 1986-1989
Member, American Marketing Association Committee to Select Best Educator
    Conference Paper, 1987, 1988
Invited Speaker, Direct Selling Association Marketing Conference, 1987
Invited Faculty Member, University of Houston Doctoral Consortium, 1987
Outstanding Marketing Educator Award, Academy of Marketing Science, 1988
Invited Participant, Direct Marketing Association Research Consortium, 1988
Invited Speaker, Direct Selling Education Foundation Academic Seminar, 1988
Chairman, Academy of Marketing Science International Conference, 1990
Member, Board of Directors, Direct Selling Education Foundation, 1989-1993
Invited Speaker, Direct Selling Association Annual Meeting, 1989, 1991
Invited Speaker, J. D. Power Customer Satisfaction Symposium, 1991
Circle of Honor Award, Direct Selling Education Foundation, 1991
Invited Speaker at the AMA Symposium on Patronage Behavior and Retail Strategic
    Planning, 1991
Invited Speaker, Texas Marketing Faculty Colloquium, 1991, 1993, 1994
Invited Speaker, Academy of Marketing Science International Conference, 1983,
    1985, 1987, 1988-1994, 1996
Invited Speaker, Computer Market Analysis Group, 1992
1993 Jagdish N. Sheth Award for Outstanding Article in Volume 20 of the *Journal of
    the Academy of Marketing Science*
Invited Speaker, International Mass Retail Association Conference, 1993
Principal speaker, 3M Marketing Exchange, 1993
Invited Speaker, Direct Selling Education Foundation/Federation of European Direct
    Selling Associations International Academic Symposium, 1993 (Berlin), 1995
    (Prague)
Member, Relationship Marketing Conference Advisory Committee, 1994-
Distinguished Fellow, Academy of Marketing Science, 1994
Co-chairman, International Research Seminar on Marketing Communications and
    Consumer Behavior (France), 1995
Featured speaker, Intelliquest New Product Research Conference, 1995
Featured panelist, Museum Store Association Conference, 1995
Keynote speaker, Retail Patronage Conference, 1995
1995 John D.C. Little Award for Outstanding Marketing Article published in

*Marketing Science* or *Management Science* in 1994

Featured Speaker, Agewave Seminar on the Future of Retailing, 1995

Invited Speaker, American Marketing Association Educators Conference, 1996

Invited Speaker, Relationship Marketing Conference, 1996

Invited Speaker, Direct Selling Education Foundation Executive Seminar, 1996

Invited Speaker, Marketing Science Institute Workshop, 1997

Invited Speaker, American Marketing Association Austin Chapter, 1997

Featured Speaker, Direct Marketing Education Foundation Conference, 1997

President, Academy of Marketing Science, 2000-2002, Past President, 2002-2004

Member, Census Advisory Committee of Professional Associations, 1998-2004

Distinguished Scholar Award, Society for Marketing Advances, 1998

Member, Board of Trustees, St. Michael's Academy, 1999

Plenary speaker, International Research Seminar on Marketing Communications and Consumer Behavior, 1999, 2005

McCombs School of Business Career Award for Outstanding Research Contributions, 2001

Member, Board of Directors, Sheth Foundation, 2001- (President, 2005-)

Featured speaker, 43rd Annual Intellectual Property Law Conference, November 2005

American Marketing Association/McGraw-Hill Irwin 2006 Distinguished Marketing Educator Award

Harold Berkman Service Award, Academy of Marketing Science, 2006

*Journal of Retailing* Outstanding Reviewer Award, 2006

Invited Speaker, Society for Marketing Advances Doctoral Consortium, 2007

## Guest Lecturer

University of Libya, 1973

University of Grenoble (France), 1974, 1978

Universite d'Aix-Marseille (France), 1974, 2001

State University of New York (Buffalo), 1977

University of Missouri (Columbia), 1978

Instituto Tecnologico y de Estudios Superiores de Monterrey (Mexico), 1978, 2005

University of Illinois (Urbana), 1979

University of Oregon, 1980, 1986

Washington State University, 1985

City University of New York, 1985

University of South Carolina, 1985

University of Houston, 1988

University of Georgia, 1990

Universidade de Sao Paulo, 1994

University of New Mexico, 2002

University of Notre Dame, 2005

## Ad Hoc Reviewer

*Journal of Management Studies,* 1980, 1989

*Journal of Business Research,* 1995 – 1999, 2008

*Journal of Consumer Research,* 1984, 1995-
*Journal of Economics and Business,* 1987
*Journal of Interactive Marketing*, 2006
*Journal of International Business Studies,* 1987-
*Advances in International Marketing,* 1987
*International Journal of Research in Marketing,* 1988
*Journal of Marketing Research,* 1994, 1999, 2000, 2002-2004
*Psychology & Marketing,* 1994, 2007
*Decision Sciences,* 1995, 1997, 1999-2000, 2002
*Journal of Retailing and Consumer Services,* 1995, 2002, 2004, 2005, 2006
*Journal of Business and Economic Statistics,* 1995
*European Journal of Operational Research,* 1997
*The International Executive,* 1997
*Thunderbird International Business Review*, 1998
*Journal of Public Policy and Marketing*, 1998, 1999
*IEEE Transactions on Engineering Management*, 2000
*Management Science*, 2002
*Marketing Letters*, 2001, 2002, 2004, 2005
*Environment and Planning A*, 2001
*Journal of International Marketing*, 2002
*International Journal of Media Management*, 2002
*Journal of Advertising*, 2004
*Marketing Science*, 2005
*Journal of Product Innovation Management*, 2005, 2006
*Field Methods*, 2007
*International Journal of Research in Marketing*, 2007
*Organizational Research Methods*, 2007
*Journal of Computer-Mediated Communication*, 2007
*Psychological Reports*, 2008


## Manuscript Reviewer for Annual Meetings

Academy of Marketing Science, 1984, 1987, 1988, 1991, 2002 (WMC), 2004 (WMC)
Association for Consumer Research, 1975-1976, 1978-1982, 1989, 1997, 1999
American Marketing Association, 1976-1977, 1981-1983, 1985-1990, 1992, 1993, 1996-
   2007
Decision Sciences Institute, 1976, 1978, 1982, 1985, 1988, 1991, 1994, 1995, 1996
Southwestern Marketing Association, 1976, 1977
Southern Marketing Association, 1978, 1987, 1994
Society for Consumer Psychology, 1998-2001, 2004
European Marketing Academy, 2004

## Grants Received

University of Texas Research Institute, 1971, 1983, 1984, 1988
College of Business Administration, 1973

George Kozmetsky Fellowship, 1977
Center for Middle Eastern Studies, 1978
Arab Development Institute, 1978-1979
National Endowment for the Arts/City of Austin, 1978-1979
GTE, 1979
State Bar of Texas, 1979
*Texas Monthly,* 1980
Russell Reynolds, 1980
University of Pittsburgh, 1981
Newcomb Government Securities, 1981
Safeguard Business Systems, Inc., 1982-1988
Accounts Management Corporation, 1984
AmeriSuites, 1985
St. David's Episcopal Church, 1986
Direct Selling Education Foundation, 1986, 1991
Ford Motor Company, 1986-1987, 1989
Southwestern Bell Educational Foundation, 1986
Dell Computer Corporation, 1988
Motorola, 1988
Texas Instruments, 1989
J. D. Power & Associates, 1991
Update Research, 1992
Jacob-Louis Group, 1996
Morris Dickson, 1998, 1999

## Session Chairman in Annual Meeting

Decision Sciences Institute, 1974, 1975, 1978, 1980
American Marketing Association, 1976, 1980, 1981, 1985, 1989, 1991
Southwestern Marketing Association, 1976, 1978, 1982
Southern Marketing Association, 1978
American Marketing Association Theory Conference, 1979
American Psychological Association (Division 23), 1979
Academy of Marketing Science, 1983, 1991

## Other

Faculty Advisor, Alpha Kappa Psi, 1981-1983
Listed in *American Men and Women of Science, 1983*
Member, Alpha Iota Delta
Member, Southwestern Marketing Association Nominating Committee, 1974, 1978-1981
Discussant, Decision Sciences Institute Annual Meeting, 1975
Listed in *Who's Who in the South and Southwest,* 1975
Faculty Advisor, UT American Marketing Association Club, 1975-1976
Listed in *Who's Who in North America,* 1976
Member, Phi Kappa Phi

Member, Board of Directors, Southwestern Federation of Administrative Disciplines, 1976-1978

Member, Executive Committee, Institute for Constructive Capitalism, 1977-1978

Invited Participant, Arab Development Institute Symposium, 1978

Invited Participant, ACUCAA/Center for Arts Administration Symposium, 1978

Invited Speaker/Paper, Southwestern DSI, 1979

Track Chairman, Senanque Abbey Seminar (France), 1979

Panel Member, American Marketing Association Educator Conference, 1980

Track Chairman, Southwestern Marketing Association Annual Conference, 1980-1981

Discussant, Association for Consumer Research Annual Meeting, 1980

Research Product/Proposal Evaluator, National Science Foundation, 1980-

Panel Member, Southern Marketing Association Annual Conference, 1981

Chairman, Southwestern Marketing Association Fellows Committee, 1981-1982 (Member, 1987-1988)

Principal Speaker, "Nuevas Tecnica de Investigacion de Mercados Seminario," Universidad Nacional Autonoma de Mexico, 1981

Distinguished Epsilon Alpha Lecturer, University of Arkansas, 1981

Keynote Speaker, Western Marketing Association Educators' Conference, 1982

Panel Member, Academy of Marketing Science International Conference, 1983, 1985, 1987

Listed in *Who's Who in America*, 1984-

Invited Speaker, Conference on Small Business and Technology Innovation, Albuquerque, New Mexico, 1984

Invited Speaker/Paper, Western DSI, 1984

Member, Advisory Committee, The Scientific Press, 1985-1990

Invited Speaker, Annual Conference, Decision Sciences Institute, 1985, 1987

Member, Advisory Board, South-Western Publishing Company, 1987-1990

Member, Research Grants Committee, Direct Selling Education Foundation, 1988

Distinguished Speaker, AMA Faculty Consortium, 1989

Member, Academic Advisory Board, Vector Marketing Corporation, 1990-

Panel Member, AMA Winter Educators' Conference, 1992

Author of the month, UT Co-Op, March 1992

Discussant, P.D. Converse Symposium, 1992

Nominee for University-wide undergraduate and graduate teaching awards, 1993

Principal speaker, ATI Seminar Series "Creating Your Business Plan," 1993, 1994

Discussant, Direct Marketing Association Educators Conference, 1994

Member, Patronage and Theory Conference Board of Advisors, 1995-97

Member, Scientific Committee of International Research Seminar on Marketing Communications and Consumer Behavior (France), 1995-

Member, MSI Doctoral Dissertation Proposal Competition Committee, 1998

Reviewer, Society for Marketing Advances Dissertation Competition, 1999-2000

Track chair, AMS Multicultural Conference, 2000

Reviewer, George Day Doctoral Dissertation Award, 2000

Panel member, Academy of Marketing Science Annual Conference, 2000

Panel member, American Marketing Association Educators Conference, 2000

Invited Speaker, Academy of Marketing Science Multicultural Conference, 2000

Listed as 9th most productive researcher in marketing for period 1992-98 (*Journal of Marketing Education*, August 2000 issue)

Reviewer, Society for Consumer Psychology-Sheth Foundation Dissertation Proposal Competition, 2001

Reviewer for United States Department of Agriculture National Research Initiative Competitive Grants Program, 2001

Co-chair, Marketing Track, Decision Sciences Institute 2002 Annual Conference, 2001-2002

Member, Sheth Foundation/*Journal of Marketing* Award Selection Committee, 2002

Member, AMA Nominating Committee, 2002

Reviewer, 2002 MSI/*JM* Competition on Marketing Metrics

Member, AMS Committee to Select Outstanding Conference Paper, 2005

Reviewer, John Howard (AMA) Doctoral Dissertation Award, 2005, 2007, 2008

## IV. PUBLICATIONS

### Books, Monographs, and Book Chapters

"A Set of Basic Interest Scales for the Strong Vocational Interest Blank for Men," *Journal of Applied Psychology Monograph,* December, 1968 (with D.P. Campbell and others).

*Reference Guide to Marketing Literature,* Braintree, MA: D.H. Mark Publishing Co., 1970 (with A.L. Pennington).

*Trends in Consumer Behavior Research,* American Marketing Association Monograph Series

*Proceedings,* Southwestern Marketing Association, 1977 Conference (ed., with J.E. Swan and G.E. Kiser).

"Multi-Product Growth Models," in *Research in Marketing* (J. Sheth, ed.), Greenwich, CT: JAI Press, 1978 (with V. Mahajan), pp. 201-231.

*Strategic Marketing: Cases and Comments,* Upper Saddle River, NJ: Prentice Hall (with R.A. Kerin), tenth edition, 2004. (Translated into Chinese and Portugese)

*Perspectives on Strategic Marketing Management,* Boston, MA: Allyn and Bacon, Inc., 1980 (ed., with R.A. Kerin) second edition, 1983.

"Marketing Analysis, Segmentation and Targeting in the Performing Arts," in *Marketing the Arts* (M.P. Mokwa, W.M. Dawson, and E.A. Prieve, eds.), New York: Praeger Press, 1980, pp. 182-200.

"Socioeconomic Development Plans and Individual Satisfaction in Libya," in *Directions of Change: Modernization Theory, Research and Realities* (M.O. Attir, B. Holzner and Z. Suda, eds.) Boulder, CO: Westview Press, 1981, pp. 197-214 (with M.O. Attir).

"The Quality of Self-Report Data: Review and Synthesis," in *Review of Marketing 1981* (B. Enis and K. Roering, eds.) Chicago: American Marketing Association, 1981, pp. 5-20 (with R.A. Kerin).

*Marketing Research,* Dallas, TX: BPI, 1982, second edition, 1988.

"Store Image Measurement in Patronage Research: Fact and Artifact," in *Patronage Theory and Retail Management* (W. Darden and R. Lusch, eds.), New York: Elsevier North Holland, 1982, pp. 293-306 (with R.A. Kerin).

"Perceived Risk and Price-Reliance Schema as Price-Perceived-Quality Mediators," in *Perceived Quality: How Consumers View Stores and Merchandise* (J. Jacoby and J. Olso

"Sources of Capital for Very Small Businesses," in *Corporate Creativity* (R. Smilor and R. Kuhn, eds.), New York: Praeger, 1984, pp. 23-50 (with G. Albaum).

*Proceedings*, the American Marketing Association, Chicago, IL, 1984 (ed. with R. Belk and others).

*Models for Innovation Diffusion,* Beverly Hills, CA: Sage Publications, 1985 (with V. Mahajan).

*The Role of Affect in Consumer Behavior*, Lexington, MA: Lexington Books, 1986 (co-editor with W.D. Hoyer and W.R. Wilson).

"Reflections on the Role of Affect in Consumer Behavior," in *The Role of Affect in Consumer Behavior* (ed., with W.D. Hoyer and W.R. Wilson), Lexington, MA: Lexington Books, 1986, pp. 141-159 (with W.D. Hoyer and W.R. Wilson).

*Modern American Capitalism: Understanding Public Attitudes and Perceptions,* Westport, CT: Quorum Books, 1990 (with G. Albaum and G. Kozmetsky).

"A Context for Retailing Predictions," in *The Future of U.S. Retailing* (R.A. Peterson, ed.), New York: Quorum Books, 1992, pp. 1-26.

"A Retailing Agenda for the Year 2000," in *The Future of U.S. Retailing* (R.A. Peterson, ed.), New York: Quorum Books, 1992, pp. 243-292 (with Richard Bartlett).

*The Future of U.S. Retailing,* New York: Quorum Books, 1992 (editor).

*Proceedings of the First International Research Seminar on Marketing Communications and Consumer Behavior*, Universite d'Aix-Marseille, France, 1995 (co-editor with A. Jolibert and A. Strazzieri).

"Special Issue: Selections from the International Research Seminar on Marketing Communications and Consumer Behavior," *Journal of Business Research,* 37 (N. 2, 1996) (co-editor with A. J. P. Jolibert and A. Strazzieri).

*Electronic Marketing and the Consumer*, Thousand Oaks, CA: Sage Publications, 1997 (editor).

"Electronic Marketing: Visions, Definitions, and Implications," in *Electronic Marketing and the Consumer* (R. A. Peterson, editor), Thousand Oaks, CA: Sage Publications, 1997, pp. 1-16.

*Constructing Effective Questionnaires*, Thousand Oaks, CA: Sage Publications, 2000.

"Marketing is…a Body of Knowledge," in *Essays by Distinguished Marketing Scholars of the Society for Marketing Advances* (A. G. Woodside and E. M. Moore, eds.), Boston, MA: JAI Press, 2002, pp. 139-169.

"Benchmarking Student Attitudes Regarding Ethical Issues," in *Business Ethics: New Challenges for Business Schools and Corporate Leaders* (with Gerald Albaum) (R.A. Peterson and O.C. Ferrell, eds.), New York: M.E. Sharpe, 2005, pp. 115-137.

"Reflections," in *Business Ethics: New Challenges for Business Schools and Corporate Leaders* (R.A. Peterson and O.C. Ferrell, eds.), New York: M.E. Sharpe, 2005, pp. 241-246.

*Business Ethics: New Challenges for Business Schools and Corporate Leaders* (R.A. Peterson and O.C. Ferrell, eds.), New York: M.E. Sharpe, 2005.

"Language, Thought, and Consumer Behavior," in *Review of Marketing Research* (N. Malhotra, ed.), Vol. 2, New York: M.E. Sharpe, 2007, pp. 152-192 (with D. Merunka).

## Publications in Refereed Journals and Proceedings Papers

"SVIB Scores and Product Preferences," *Journal of Applied Psychology*, 53 (August 1969), pp. 304-308 (with A. L. Pennington).

"Interest Patterns and Product Preferences: An Exploratory Analysis," *Journal of Marketing Research*, 6 (August 1969), pp. 284-290 (with A. L. Pennington).

"The Price-Perceived Quality Relationship: Experimental Evidence," *Journal of Marketing Research*, 7 (November 1970), pp. 525-528.

"Vocational Interest Comparisons Between Marketing Executives and Marketing Professors," *Proceedings*, Decision Sciences Institute, 1970 (with J. G. Rhode).

"A Comparison of Two Approaches to the Analysis of Personality Differences," *Journal of Psychology*, 79 (October 1971), pp. 257-262 (with L. K. Sharpe).

"Personality and Performance-Satisfaction of Industrial Salesmen," *Journal of Marketing Research*, 8 (November 1971), pp. 501-504 (with H. O. Pruden). **Reprinted in** *Research Perspectives on the Performance of Sales People: Selected Readings*, N.M. Ford, O.C. Walker, Jr., and G. A. Churchill, Jr., Cambridge, MA: Marketing Science Institute, 1983.

"Risky Shift in Marketing Decision-Making: A Non-Confirmation," *Psychological Reports*, 29 (December 1971), pp. 1135-1138 (with D. G. Fulcher).

"Group Decision-Making in Marketing: The Risky Shift," *Proceedings,* Southern Marketing Association, 1971, (with D. G. Fulcher).

"Concept Testing: Some Experimental Evidence," *Mississippi Valley Journal of Business and Economics*, 7 (Spring 1972), pp. 84-88 (with H. Liszt).

"Ratings of Salespersons by Male Customers: 1971," *Journal of Applied Psychology*, 56 (October 1972), p. 433.

"The Vocational Interests of Marketing Professionals," *Journal of Vocational Behavior*, 2 (January 1972), pp. 13-23 (with J. G. Rhode).

"Vocational Interest Patterns of Male and Female Medical Students Over a Four Year Period," *Journal of Counseling Psychology*, 19 (February 1972), pp. 21-25.

"On the Interpretation of Canonical Analysis," *Journal of Marketing Research*, 9 (May 1972), pp. 187-192 (with M. I. Alpert). **Reprinted in** *Multivariate Data Analysis*, J.F. Hair, Jr., R. E. Anderson, R. L. Tatham, and B. J. Grablowsky, Tulsa, OK: Petroleum Publishing Company, 1979.

"Effects of Ordinal Position: Tripartite Analysis," *Psychological Reports*, 30 (June 1972), p. 890 (with L. K. Sharpe).

"Psychographics and Media Exposure," *Journal of Advertising Research*, 12 (June 1972), pp. 17-20.

"A Multivariate Analysis of Psychographic Variables," *Journal of Personality Assessment*, 36 (August 1972), pp. 374-379 (with L. K. Sharpe).

"Spread of Marketing Innovations in a Service Industry," *Journal of Business,* 45 (October 1972), pp. 485-496 (with C. W. Rudelius and G. L. Wood).

"How to Name New Brands," *Journal of Advertising Research*, 12 (December 1972), pp. 29-34 (with I. Ross).

"Consumer Choice Patterns and Psychographics: A Test of Predictability," *Proceedings*, Decision Sciences Institute, 1972, pp. 174-180 (with M. I. Alpert).

"Market Segmentation by Reciprocal Averages Clustering," *Proceedings*, Decision Sciences Institute, 1972, pp. 19-23.

"The Effect of Shelf-Space Upon Sales of Branded Products: A Reappraisal," *Journal of Marketing Research*, 10 (February 1973), pp. 103-104 (with J. W. Cagley).

"Market Segmentation: Product Usage Patterns and Psychographic Configurations," *Journal of Business Research*, 1 (Summer 1973), pp. 11-30 (with L. K. Sharpe).

"A Note on Optimal Adopter Category Determination," *Journal of Marketing Research*, 10 (August 1973), pp. 325-329.

"ICORE: An Interactive, Computer-Oriented Research Exercise," *Proceedings,* American Marketing Association, 1973, pp. 20-23.

"The Relationship Between Selected Demographics and Shopping Behavior," *Proceedings*, Southern Marketing Association, 1973, pp. 53-56 (with L. K. Sharpe and F. Johnson).

"Cue Utilization and Stereotypic Perception: The Attribution of Psychographic Characteristics," *Proceedings*, Decision Sciences Institute, 1973, pp. 4-6.

"Information Seeking on Competitors and Perception of Competition by Food Store Managers," *Journal of the Academy of Marketing Science*, 2 (Winter 1973), pp. 299-307 (with J.E. Swan). **Reprinted in** *Marketing Update: Dynamic Marketing Readings*, Harold Berkman, et al., eds., Dubuque, IA: Kendall/Hunt Publishing Company, 1977.

"A Study of Recruitment and Socialization into Two Deviant Female Occupations," *Sociological Symposium*, 11 (Spring 1974), pp. 11-24 (with S. H. Carey and L. K. Sharpe).

"Diffusion and Adoption of a Consumer Durable," *Marquette Business Review*, 18 (Spring 1974), pp. 1-8.

"Market Structuring by Sequential Cluster Analysis," *Journal of Business Research*, 2 (July 1974), pp. 249-264.

"Trade Area Analysis Using Trend Surface Mapping," *Journal of Marketing Research*, 11 (August 1974), pp. 339-342.

"A Note on the Effect of Special Offers," *Journal of Business Administration,* 6 (Fall 1974), pp. 56-63 (with L. K. Sharpe and L. J. Buntin).

"Moderating the Personality-Product Usage Relationship," *Proceedings,* American Marketing Association, 1974, pp. 109-112.

"Factors Influencing Student Ratings of Teaching Effectiveness," *Proceedings*, Decision Sciences Institute, 1974, pp. 129-131 (with W. S. Martin and A. Casey).

"Selected Insights into the Dynamics of Ecologically Responsible Behavior," *Proceedings,* Decision Sciences Institute, 1974, pp. 33 (with R. A. Kerin).

"On Marketing and the Quality of Life," *Proceedings*, Voices Nouvelles de la Recherche en Marketing (Senanque Abbey Seminar, France), 1974, pp. 262-289.

"Second-Order Factor Analysis of Multiattribute Data," *Proceedings*, American Statistical Association, 1974, pp. 323-326 (with G. D. Bruce).

"An Experimental Investigation of Mail Survey Responses," *Journal of Business Research*, 3 (July 1975), pp. 199-210.

"Diffusion of Large-Scale Food Retailing in France: Supermarche et Hypermarche," *Journal of Retailing,* 51 (Fall 1975), pp. 43-63 (with E. Langeard).

"Testing the Significance of Canonical Correlations," *Proceedings*, American Marketing Association, 1975, pp. 117-119 (with M. I. Alpert and W. S. Martin).

"Teaching Effectiveness: How Do We Rate?" *Proceedings*, American Marketing Association, 1975, pp. 694-698 (with R. A. Kerin and W. S. Martin).

"Situational Factors as Determinants of Teaching Effectiveness Evaluations," *Proceedings*, American Statistical Association, 1975, pp. 477-480.

"Automobile Purchasing Behavior During the Energy Crisis," *Proceedings*, Decision Sciences Institute, 1975, p. 120 (with M. I. Alpert).

"Information Type and Source as Determinants of Expected Product Satisfaction," *Proceedings*, Decision Sciences Institute, 1975, p. 316 (with L. L. Golden).

"Instructor-Related Determinants of Teaching Effectiveness Evaluations," *Proceedings*, Decision Sciences Institute, 1975, pp. 140-142.

"Practical Significance and Partitioning Variance in Discriminant Analysis," *Decision Sciences*, 7 (October 1976), pp. 649-658 (with V. Mahajan).

"A Cross-National Investigation of Price and Brand as Determinants of Perceived Product Quality," *Journal of Applied Psychology*, 61 (August 1976), pp. 533-536 (with A. J. P. Jolibert).

"Pour une Meilleure Utilisaton des Etudes Commerciales: Un Nouvel Outil Pedagogique," *Enseignment et Gestion* (Autumn 1976), pp. 67-69 (with E. Langeard and J. P. Leonardi).

"A Cognitive Complexity Attitude Scale for Marketing Research," *Proceedings*, Research in Marketing (Senanque Abbey Seminar, France), 1976 (with M. Venkatesan and A. J. P. Jolibert).

"Brief Report: Computer Applications in Innovative Hospitals," *Proceedings*, Decision Sciences Institute, 1976, p. 303 (with V. Mahajan).

"Consumer Perceptions as a Function of Product Color, Price, and Nutrition Labeling," *Proceedings*, Association for Consumer Research, 1976, pp. 61-63.

"Post-Purchase, Pre-Trial Satisfaction Expectations as a Function of Message Content and Source," *Proceedings,* American Marketing Association, 1976, pp. 143-146 (with L. L. Golden).

"On the Teaching of Effective Decision-Making in Marketing," in *Educating Effective Marketing Decision-Makers*, Barcelona, Spain: ESOMAR, 1976, pp. 233-243 (with E. Langeard and J. P. Leonardi).

"Personalization, Respondent Anonymity and Response Distortion in Mail Surveys," *Journal of Applied Psychology*, 62 (February 1977), pp. 86-89 (with R. A. Kerin).

"Causal Attribution of Product Failure: An Exploratory Investigation," *Journal of the Academy of Marketing Science,* 4 (Winter 1976), pp. 446-455 (with A. J. P. Jolibert).

"Market Segmentation by Gasoline Consumption Intentions," *Proceedings*, American Marketing Association, 1977, pp. 105-109 (with W. H. Cunningham).

"A Note on the Information Content of Rating Scales," *Proceedings*, American Marketing Association, 1977, pp. 324-326 (with S. Sharma).

"The Female Role in Advertisements: Some Experimental Evidence," *Journal of Marketing*, 41 (October 1977), pp. 59-63 (with R. A. Kerin).  **Abstracted in** *Wharton Magazine* (February 1978).

"Adjusting Correlation Coefficients for the Effects of Scaling," *Proceedings*, American Statistical Association, 1977, pp. 784-786 (with S. Sharma).

"Consumer Reactions to Product Recall Remedies: An Experimental Investigation," *Proceedings*, Decision Sciences Institute, 1977, p. 544 (with R. A. Kerin).

"The Effect of Question Form on Age Reports in a Mail Survey," *Proceedings*, American Marketing Association, 1978, pp. 229-231 (with R. A. Kerin).

"Integrating Time and Space in New Product Diffusion Models," *Proceedings*, American Marketing Association, 1978, pp. 47-50 (with V. Mahajan, A. Jain, and N. Malhotra).

"Post-Completion Mail Survey Incentives and Data Quality: An Empirical Investigation," *Proceedings*, American Statistical Association, 1978, pp. 599-602 (with G. D. Bruce).

"Issues in the Quality of Self-Report Data," *Proceedings*, Decision Sciences Institute, 1978, pp. 184-186.

"Teaching Effectiveness in the Decision Sciences: The Use of Student Evaluations," *Decision Sciences*, 9 (October 1978), pp. 712-724 (with R. A. Kerin and W. S. Martin).

"Innovation Diffusion in a Dynamic Potential Adopter Population," *Management Science*, 24 (November 1978), pp. 1589-1597 (with V. Mahajan).

"A New Product Growth Model with a Dynamic Market Potential," *Long Range Planning*, 12 (August 1979), pp. 51-58 (with V. Mahajan, A. Jain, and N. Malhotra).

"Integrating Time and Space in Technological Substitution Models," *Technological Forecasting and Social Change*, 14 (August 1979), pp. 231-241 (with V. Mahajan).

"Data Quality in Consumer Research: An Analysis of Selected Qualitatively Anchored Scales," *Proceedings*, Division 23, American Psychological Association, 1979, pp. 30-33.

"Scaling and Reliability Considerations in Evaluating Correlation Coefficients," *Proceedings*, Southern Marketing Association, 1979, pp. 195-198 (with S. Sharma).

"First Purchase Diffusion Models of New Product Acceptance," *Technological Forecasting and Social Change*, 15 (April 1979), pp. 127-146 (with V. Mahajan).

"The Effective Use of Marketing Research Consultants, *Industrial Marketing Management*, 9 (February 1980), pp. 69-73 (with R. A. Kerin).

"Household Income Data Reports in Mail Surveys," *Journal of Business Research*, 8 (September 1980), pp. 301-313 (with R.A. Kerin).

"The 'Hardcore' Mail Survey Respondent: Some Hypotheses," *Proceedings*, American Statistical Association, 1980, pp. 548-550 (with M. Sabertehrani and A. Paull).

"Shift-Share Analysis as a Diagnostic Tool for Multi-Product Performance and Appraisal," *Proceedings*, Decision Sciences Institute, 1980, pp. 285-287 (with R. A. Kerin and V. Mahajan).

"Investigating Income Refusals in a Telephone Survey by Means of Logit Analysis," *Proceedings*, Association for Consumer Research, 1980, pp. 289-291 (with R. Leone and M. Sabertehrani).

"An Exploratory Investigation of Mediating Factors in Retail Store Image Responses," *Proceedings*, Association for Consumer Research, 1980, pp. 662-664.

"On the Meaning, Sources, and Different Types of Collinearity," *Proceedings*, Southern Marketing Association, 1981, pp. 249-253.

"Factors Influencing Rating Scale Responses: A Procedure for Partitioning Redundancy," *Proceedings*, American Statistical Association, 1982, pp. 335-338 (with M. Sabertehrani).

"Question Understanding in Self-Report Data," *Proceedings*, American Marketing Association, 1982, pp. 426-429 (with R. A. Kerin and M. Sabertehrani).

"Perceptions of Media Bias Toward Business," *Journalism Quarterly*, 59 (Autumn 1982), pp. 461-464 (with G. Kozmetsky and I. C. M. Cunningham).

"Effects of Scaling on the Correlation Coefficient: Issues and Outlook," *Proceedings*, Decision Sciences Institute, 1982, pp. 260-262 (with S. Sharma).

"Scheduling Telephone Interviews," *Journal of Advertising Research*, 23 (April/May 1983), pp. 41-47 (with R. A. Kerin).

"A Mood Scale for Survey Research," *Proceedings*, American Marketing Association, 1983, pp. 409-414 (with M. Sauber).   Received best paper award in research methodology track, 1983 AMA Educators' Conference.

"Perceived Causes of Small Business Failures: A Research Note," *American Journal of Small Business*, 8 (Summer 1983), pp. 15-19 (with G. Kozmetsky and N. Ridgway).

"Opinions About Government Regulation of Small Business," *Journal of Small Business Management*, 22 (January 1984), pp. 56-62 (with G. Kozmetsky and  N. Ridgway).

"Asking the Age Question: A Research Note," *Public Opinion Quarterly*, 48 (Spring 1984), pp. 379-383.

"Attitudes of Newspaper Business Editors and General Public Toward Capitalism," *Journalism Quarterly*, 61 (Spring 1984), pp. 56-65 (with G. Albaum, G. Kozmetsky and I. C. M. Cunningham).

"Empirical Research in International Marketing: 1976-1982," *Journal of International  Business Studies*, 15 (Spring/Summer 1984), pp. 161-173 (with G. Albaum).

"Concerns of College Students Regarding Business Ethics," *Journal of Business Ethics*, 3 (Summer 1984), pp. 195-200 (with R. F. Beltramini and G. Kozmetsky).

"A Meta Analysis of Effect Sizes in Consumer Behavior Experiments," *Journal of Consumer Research*, 12 (June 1985), pp. 97-103 (with G. Albaum and R. F. Beltramini). **Reprinted in** *Recherche et Application en Marketing* (Journal of the French Marketing Association), 1986.

"Small Business Management Assistance: Needs and Sources," *American Journal of Small Business,* 9 (Fall 1984), pp. 35-45.

"A Paradigm for Methodological Research on Mail Survey Response," *Proceedings*, American Marketing Association, 1985, pp. 363-368 (with G. Albaum).

"Public Opinion Regarding Economic Education in the Classroom," *Journal of Education for Business,* 61 (October 1985), pp. 34-37 (with R. F. Beltramini and G. Kozmetsky).

"On the Public's Perception of Capitalism," *Business Horizons*, 29 (January/February 1986), pp. 10-14 (with G. Kozmetsky and G. Albaum).

"A Note on the Perception of Threatening Questions," *Proceedings*, American Statistical Association, 1986, pp. 433-437 (with N. Ridgway).

"The Public's Definition of Small Business," *Journal of Small Business Management*, 24 (July 1986), pp. 63-68 (with G. Albaum and G. Kozmetsky).

"Husband-Wife Report Disagreement: A Cross-National Investigation," *International Journal of Research in Marketing*, 5 (1988), pp. 125-136 (with D. L. Alden, M. O. Attir, and A. J. P. Jolibert).

"Some Limits on the Potency of Word-of-Mouth Information," *Proceedings*, Association for Consumer Research, 1989, pp. 23-29 (with W. R. Wilson).

"A Note on Alternative Contact Strategies in Mail Surveys," *Journal of the Market Research Society*, 31 (July 1989), pp. 409-418 (with G. Albaum and R. A. Kerin).

"Consumers Who Buy from Direct Sales Companies," *Journal of Retailing*, 65 (Summer 1989), pp. 273-286 (with G. Albaum and N. Ridgway).

"Capitalism and Business: Public Perceptions," *Business Horizons*, 32 (July-August 1989), pp. 63-66 (with G. Albaum and G. Kozmetsky).

"Interjudge Agreement and the Maximum Value of Kappa," *Educational and Psychological Measurement*, 49 (December 1989), pp. 835-850 (with U. N. Umesh and M. Sauber).

"A Comparative Investigation of Thematic Information Processing," *Proceedings*, American Marketing Association, 1990, pp. 106-111 (with W. R. Wilson).

"A Critical Evaluation of the Randomized Response Method: Applications, Validation, and Research Agenda," *Sociological Methods and Research*, 20 (August 1991), pp. 104-138 (with U. N. Umesh).

"The Public's Attitude Toward Capitalism: 1980-1989," *Business Horizons,* 34 (September-October 1991), pp. 59-63 (with G. Albaum and G. Kozmetsky).

"Concerns of College Students Regarding Business Ethics: A Replication," *Journal of Business Ethics*, 10 (October 1991), pp. 733-738 (with R. F. Beltramini and G. Kozmetsky).

"Effects of Advertised Customer Satisfaction Claims on Consumer Attitudes and Purchase Intentions," *Journal of Advertising Research*, 32 (March/April 1992), pp. 34-40 (with W. R. Wilson and S. P. Brown).

"Measuring Customer Satisfaction: Fact and Artifact," *Journal of the Academy of Marketing Science*, 20 (January 1992), pp. 61-71 (with W. R. Wilson).

"Mental Accounting and Categorization," *Organizational Behavior and Human Decision Processes*, 51 (February 1992), pp. 92-117 (with P. W. Henderson).

"First-Mover Advantage: A Synthesis, Conceptual Framework, and Research Propositions," *Journal of Marketing*, 58 (October 1992), pp. 33-52 (with R. A. Kerin and P. R. Varadarajan). **Reprinted in** *IEEE Transactions*: *Engineering Management Review*, Vol. 21 (Winter 1993, 19-33).

"Antecedents and Consequences of Salesperson Job Satisfaction: Meta-Analysis and Assessment of Causal Effects," *Journal of Marketing Research*, 30 (February 1993), pp. 63-77 (with S. P. Brown).

"Customer Base Analysis: An Industrial Purchase Process Application," *Marketing Science*, 13 (Winter 1994), pp. 41-67 (with D. C. Schmittlein).

"The Effect of Effort on Sales Performance and Job Satisfaction," *Journal of Marketing*, 58, (April 1994), pp. 70-80 (with S. P. Brown).

"A Meta-analysis of Cronbach's Coefficient Alpha," *Journal of Consumer Research*, 21 (September 1994), pp. 381-391. **Reprinted in** *Recherche et Applications en Marketing* (Volume 10, Issue 2, 1995, pp. 75-88).

"An Exploratory Investigation of Voice Characteristics and Selling Effectiveness," *Journal of Personal Selling and Sales Management*, 15 (Winter 1995), pp. 1-15 (with M. P. Cannito and S. P. Brown).

"A Meta-analysis of Country-of-Origin Effects," *Journal of International Business Studies*, 26, 4 (1995), pp. 883-900 (with A. J. P. Jolibert).

"Type IV Error in Marketing Research: The Investigation of ANOVA Interactions," *Journal of the Academy of Marketing Science,* 24 (Winter 1996), pp. 17-26 (with U. N. Umesh, M. McCann, and R. Vaidyanathan).

"What is Direct Selling?  Definition, Perspectives, and Research Agenda," *Journal of Personal Selling and Sales Management*, 16 (Fall 1996), pp. 1-16 (with T. Wotruba).

"A Quantitative Analysis of Rating Scale Response Variability," *Marketing Letters*, 8 (January 1997), pp. 9-21.

"Exploring the Implications of the Internet for Consumer Marketing," *Journal of the Academy of Marketing Science*, 25 (Fall 1997), pp. 329-346 (with S. Balasubramanian and B. Bronnenberg). **Reprinted in** Jagdish N. Sheth, Abdolreza Eshghi, and Balaji C. Krishnan, *Internet Marketing*, Harcourt College Publishers, 2000, and Montgomery Research, Inc., *Defying the Limits*: *Reaching New Heights in Customer Relationship Management*, 2000.

"Trademark Dilution and the Practice of Marketing," *Journal of the Academy of Marketing Science*, 27 (April 1999), pp. 255-68 (with K. H. Smith and P. C. Zerrillo).

"A Meta-Analysis of Variance Accounted for and Factor Loadings in Exploratory Factor Analysis," *Marketing Letters*, 11 (August 2000), pp. 261-275.

"On the Use of College Students in Social Science Research: Insights from a Second-order Meta-Analysis," *Journal of Consumer Research*, 28 (December 2001), pp. 450-461.

"Retailing in the 21st Century: Reflections and Prologue to Research," *Journal of Retailing*, 78 (Spring 2002), pp. 9-16 (with S. Balasubramanian).

"Exploring the Implications of M-Commerce for Markets and Marketing," *Journal of the Academy of Marketing Science*, 30 (Fall 2002), pp. 344-357 (with S. Balasubramanian and S. L. Jarvenpaa).

"Reflections on the Use of Instructional Technologies in Marketing Education," *Marketing Education Review*, 12 (Fall 2002), pp. 7-17 (with G. Albaum, J. L. Munuera, and W. H. Cunningham).

"Consumer Search Behavior and the Internet," *Psychology & Marketing*, 20 (February 2003), pp. 99-121 (with M. Merino).

"Response Construction in Consumer Behavior Research," *Journal of Business Research*, 58 (March 2005), pp. 348-353.

"On the Use of Beta Coefficients in Meta-analysis," *Journal of Applied Psychology*, 90 (January 2005), pp. 175-181 (with S. P. Brown).

"Ruminations on Theory and Research Scholarship in Marketing," *Journal of Public Policy & Marketing*, 24 (Spring 2005), pp. 127-130.

"Ethical Attitudes of Future Business Leaders: Do They Vary by Gender and Religiosity?" *Business & Society* (with G. Albaum), 45 (September 2006), pp. 300-321.

"On the Ethicality of Internal Consumption in Multilevel Marketing," *Journal of Personal Selling and Sales Management* (with G. Albaum), 27 (Fall 2007), pp. 317-323.

"Hispanic Ethnicity and Media Behavior," *Journal of Advertising Research* (with R. Villarreal), 48 (June 2008), pp. 179-190.

"Structural Equation Modeling in Marketing: Some Practical Reminders," *Journal of Marketing Theory and Practice* (with W. W. Chin and S. P. Brown), 16 (Fall 2008), 287-298.

"Business Students' Attitudes toward Unethical Behavior: A multi-country Comparison," *Marketing Letters* (with V. Crittenden and R. C. Hanna), forthcoming.

"The Cheating Culture: A Global Societal Phenomenon," *Business Horizons* (with V. Crittenden and R.C. Hanna), forthcoming.


## Other

"Update on the Adoption Process," in *Classics in Consumer Behavior* (L. W. Boone, ed.), 1977.

"The JMR Book Review Section in Transition," *Journal of Marketing Research*, May 1976.

"Changing the Guard," *Journal of Marketing,* January 1977.

"ICORE: Interactive Computer Research Exercise," *Journal of Marketing Research*, February 1974 (with J. Dreussi).

"Concerns, Issues and Attitudes: A Texas Survey," $IC^2$ Institute, The University of Texas, Austin, Texas, 1982.

"Public Opinion Regarding Illegal Aliens in Texas," *Texas Business Review,* May-June 1982, pp. 118-121 (with G. Kozmetsky).

"Voter Turnout and Voting Patterns: 1981 Constitutional Amendment Election," Austin, Texas: Secretary of State, 1982.

"Problems and Concerns: Texas and the Nation," $IC^2$ Institute, The University of Texas, Austin, Texas, 1982.

"1982 May Primary Election Analysis," Austin, Texas: Secretary of State, 1982.

"Attitudes and Opinions on Issues Facing Smaller Business Today," $IC^2$ Institute, The University of Texas, Austin, Texas, 1982.

"Perceptions of Major Problems Facing Small Business," *Texas Business Review*, 57 (July/August 1983), pp. 177-180 (with G. Albaum and G. Kozmetsky).

"Concerns, Issues and Attitudes: 1983," $IC^2$ Institute, The University of Texas, Austin, Texas,1983.

"Small Business Management Assistance: Needs and Sources," $IC^2$ Institute, The University of Texas, Austin, Texas, 1983.

"Small Business: Problems, Assistance, Planning and Education," $IC^2$ Institute, The University of Texas, Austin, Texas, 1983.

"Business and Financial Planning in Small Businesses," $IC^2$ Institute, The University of Texas, Austin, Texas, 1984.

"Usage and Perceptions of Accountants by Small Businesses," $IC^2$ Institute, The University of Texas, Austin, Texas, 1985.

"Usage and Perceptions of Banks and Bankers by Small Businesses," $IC^2$ Institute, The University of Texas, Austin, Texas, 1986.

"Concerns and Opinions of Texas Business Owners and Executives," Large Scale Programs Institute, The University of Texas, Austin, Texas, 1987.

"Government-Related Opinions and Bookkeeping Practices of Small Businesses," $IC^2$ Institute, The University of Texas, Austin, Texas, 1989.

"Foreword," *The Direct Option* (R. Bartlett), College Station: Texas A&M University Press, 1994.

"Introduction to the Special Issue," *Journal of the Academy of Marketing Science*, Fall 1992, pp. 295-297.

"The Role of Expectations in Retaining Customers," *Paul D. Converse Symposium Digest.*

"Relationship Marketing and the Consumer," *Journal of the Academy of Marketing Science*, 23 (Fall 1995), pp. 279-282.

"Reflections on the Peer Review Process," *Interfaces*, 26 (July-August 1996), pp. 49-53.

"The Effect of Effort on Sales Performance and Job Satisfaction," *Texas Business Review* (December 1996), pp. 4-5 (with S. P. Brown).

Review of *A General Theory of Competition: Resources, Competences, Productivity, Economic Growth* (Shelby D. Hunt, Sage Publications, 2001),

*Journal of the Academy of Marketing Science*, 29 (Fall 2001), pp. 422-423 (with A. Prasad).

"Texans' Perceptions of Higher Education: A Statewide Survey," prepared for the Commission of 125 (February 2003).

"Oz: Argumentum Absurdum?" *Marketing Research*, 15 (Summer 2003), pp. 47-48.

"The Concept of the 'Big Middle'," *Journal of Retailing*, 81 (2, 2005), pp. 83-88 (with M. Levy, D. Grewal, and B. Connolly). (Reprinted in *International Retailing and Marketing Review*)

"Rumination on the Contributions of Jagdish Sheth to Managerial Marketing," in *Managerial Marketing*: *1990s and Beyond* (ed. R. Sisodia), 2008.

## V. COMMITTEE SERVICE

### (Standing Committees Only)

College of Business Administration Graduate Committee: 1971-1972
University Parking and Traffic Appeals Panel: 1971-1973 (Chairman, 1972-1973)
Graduate School of Business Ph.D. Admissions Committee: 1972-1984 (Chairman, 1973-1974)
Graduate School of Business Ph.D. Evaluation Committee: 1974-1975
University Library Committee: 1974-1976
University Research Institute Committee (B): 1975-1978
Graduate School of Business MBA Admissions and Continuance Committee: 1975-1983 (Chairman, 1976-1983)
Department of Marketing Administration Ph.D. Admissions Committee: 1976-1977, 1979-1983
College of Business Administration Computer Committee: 1976-1977
Department of Marketing Budget Council: 1977-
Graduate School of Business Long-Range Planning Committee: 1978-1983
Middle Eastern Studies Center Media and Library Committee: 1979-1980
Graduate School of Business Committee: 1988-1989
College of Business Administration Undergraduate Academic Programs Committee (Chair 1998-1999): 1995-1999
Graduate Advisor, Department of Marketing Administration: 1995-2002
Chair, Department of Marketing Graduate Studies Committee: 1998-2004
College of Business Hall of Fame Committee: 1996-2002 (Chair 2000-02)
MS in Science and Technology Graduate Studies Committee: 2003-
McCombs School of Business Executive and Operating Committees: 2002-4

## VI. GRADUATE STUDENT SUPERVISION

### Ph.D.

**Chairman**          Alain J. P. Jolibert (1975)

Rebecca Holman (1976)
Rubens de Costa Santos (1977)
Subhash Sharma (1978)
Marsha Richins (1979)
Richard F. Beltramini (1980)
Mohammad Sabertehrani (Matthew Sauber) (1982)
Nancy Ridgway (1983)
Odekhiren Amaize (1986)
Pamela W. Henderson (1989)
Steven P. Brown (1990)
John Williams (1990)
Karen H. Smith (1993)
Carol Megehee (1996)
James Lemieux (2005)

**Member**   Vijay Mahajan
       Susan Whisnant
       Richard R. Batsell
       Nancy Hazelwood
       Yorgo Pasadeos
       Harry Watkins (University of Oregon)
       Pascal Bourgeat (Universite d'Aix-Marseille 3)
       Richard Villarreal (2004)
       Jaeseok Jeong (2004)
       Silvia Gonzales (2004, Monterrey Tech)
       Harsha Gangadharbatla (2006)
       Joonhyung Jee (2008)

**MBA**

Chairman  18 Committees
Member   7 Committees