**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| RE/MAX International, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TREND SETTER REALTY, LLC, ) <br> a Texas limited liability company; ) <br> ) <br> PAVNOUTY ABRAHAM, an individual; ) <br> ) <br> and ) <br> ) <br> DEBORAH N. MILLER, an individual ) <br> ) <br> Defendants. ) | **CIVIL ACTION NO. 4:07-CV-02426** |

**<u>DECLARATION OF ROBERT A. PETERSON IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT 2

# Attachment 2

# Prior Testimony, 2003-

Cobra, Inc. vs. Whistler, Inc. (deposition, March 2003)
Rent-A-Center West, Inc. vs. Aaron Rents, Inc. (deposition, April 2004)
Schwan's Sales Enterprises et al. vs. Kraft Pizza Company (deposition, November 2005)
Children's Medical Center of Dallas vs. Columbia Hospital at Medical City Dallas
    Subsidiary, LP (deposition, March 2006)
First Fidelity Bank vs. Fidelity Bank (deposition, April 2006)
Wenger vs. Melhart (deposition, August 2006)
American Century Proprietary Holdings, Inc. vs. American Century Casualty Company
    (deposition, November 2006)
York Group versus Horizon Casket Group et al. (deposition, May 2007)
3M versus Vita and Vident (deposition, January 2008)
Univera Lifesciences versus Bluebonnet Nutrition (deposition, January 2008)
Abercrombie & Fitch versus Moose Creek (trial testimony, February 2008)
Mills Well Service versus ProPetro (deposition, July 2008)