**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

_____ )
)
RE/MAX International, Inc.,                 )
)
     Plaintiff,                          )
)          **CIVIL ACTION NO.  4:07-CV-02426**
v.                                         )
)
TREND SETTER REALTY,  LLC,                 )
a Texas limited liability company;         )
)
PAVNOUTY ABRAHAM, an individual;           )
)
and                                        )
)
DEBORAH N. MILLER, an individual           )
)
     Defendants.                         )
_____ )

## DECLARATION OF ROBERT A. PETERSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# EXHIBIT 3

Report of Dr. Robert A. Peterson
On Likelihood of Confusion
In the Matter of RE/MAX International Inc.
vs.
Trend Setter Realty, LLC; Pavnouty Abraham;
And Deborah N. Miller

Prepared by
Dr. Robert A. Peterson

December 10, 2008

# I.    Introduction

This report summarizes the research methodology and results of a likelihood of confusion investigation requested by Greenberg Traurig, LLP on behalf of RE/MAX. The purpose of the investigation was to ascertain whether the red-over-white-over-blue Trend Setter Realty yard sign is likely to be confused with RE/MAX for a targeted universe of individuals in the Greater Houston, Texas metropolitan area who have either bought or sold a home through a real estate agent or broker, had considered, or were considering, buying or selling a home through a real estate agent or broker.

# II.    Summary of Major Findings and Conclusions

An empirical survey was conducted to determine the likelihood of the red-over-white-over-blue Trend Setter Realty yard sign being confused with RE/MAX for a targeted universe of individuals in the Greater Houston, Texas metropolitan area using a real estate agent or broker to purchase or sell a home, or considering the use of a real estate agent or broker to purchase or sell a home. Specifically, the survey consisted of personal interviews conducted with 225 individuals in the Greater Houston metropolitan area (i) who were 18 years of age or older and (ii) who were involved in buying or selling a home through a real estate agent or broker in the 12 months prior to the survey, or (iii) who had considered buying or selling a home through a real estate agent or broker in the 12 months prior to the survey, or were considering buying or selling a home through a real estate agent or broker in the 6 months subsequent to the survey.

One hundred-fifty individuals in the targeted universe were shown a picture containing the red-over-white-over-blue Trend Setter Realty yard sign and asked a series of open-end questions regarding what company is being promoted or advertised by the sign, whether the company being promoted or advertised by the sign was affiliated or connected with any person, firm, or organization, and whether the company being promoted or advertised by the sign needed permission or approval from any person, firm, or organization to use the sign. These individuals constituted the assessment sample.

An independent sample of 75 individuals with the same characteristics as the assessment sample was used to assess survey participant "guessing" and survey data "noise." This sample was termed the "control sample." Individuals in the control sample were shown a picture containing a modified version of the Trend Setter Realty yard sign wherein the red-over-white-over-blue color scheme of the Trend Setter Realty sign was modified by removing the horizontal red and blue bars. These individuals were then asked the same questions as the sample shown the red-over-white-over-blue Trend Setter Realty yard sign.

Approximately 25.3 percent of the individuals shown the picture containing the red-over-white-over-blue Trend Setter Realty yard sign stated that either (i) RE/MAX was the company being promoted or advertised by the sign, (ii) the company being promoted or advertised by the Trend Setter Realty sign was affiliated or connected with RE/MAX, or

(iii) the company being promoted or advertised by the Trend Setter Realty sign would have to get permission or approval from RE/MAX to use the sign. This percentage is significantly different from zero. The guessing and survey data noise percentage, approximately 2.7 percent, was not significantly different from zero. Hence there is a significant likelihood of confusion with RE/MAX when individuals in the targeted universe are exposed to the red-over-white-over-blue Trend Setter Realty yard sign. One-quarter of the targeted universe is likely to be confused when exposed to the red-over-white-over-blue Trend Setter Realty yard sign.

## III.  Background

This section of the report provides a brief overview of my qualifications, prior testimony, compensation, and the materials that I reviewed in conjunction with this litigation.

### III.1  Qualifications

I am a professor of marketing at The University of Texas at Austin, where I hold two endowed positions, the John T. Stuart III Centennial Chair and the Charles C. Hurwitz Fellowship. I am also Associate Vice President for Research at The University of Texas at Austin. Over the course of more than three decades I have taught various undergraduate, MBA, and doctoral marketing courses at The University of Texas at Austin. These courses include graduate and undergraduate courses in marketing research, statistics, consumer behavior, and marketing strategy.

A copy of my resume is contained in Attachment 1 to this report. As the resume indicates, I have published more than 150 books and peer-reviewed articles relating to marketing strategy and management, consumer behavior, and marketing research. Among my books are *Marketing Research*, a college textbook, and *Constructing Effective Questionnaires*, a book for researchers. Among my articles are many dealing with research methodology and brand names (e.g., "How to Name New Brands" and "Trademark Dilution and the Practice of Marketing"). I have received several awards for my research, including the Jagdish N. Sheth Award, the John D. C. Little Award, and the McCombs School of Business Career Award for Outstanding Research Contributions.

I have served as chairman of the Marketing Department at The University of Texas at Austin and as Associate Dean for Research in the McCombs School of Business at The University of Texas at Austin. I have served as editor-in-chief of two major academic marketing journals, the *Journal of Marketing Research* and the *Journal of the Academy of Marketing Science*. I have also served as an officer in various professional academic associations, including service as president of the Academy of Marketing Science, and as a member of an advisory committee to the United States Census Bureau.

### III.2  Prior Testimony

Over the past quarter century I have served as a consulting or testifying expert witness in dozens of litigation matters, including those involving intellectual property and unfair competition matters. A listing of litigation matters in which I have provided trial or deposition testimony since 2003 is contained in Attachment 2.

### III.3  Compensation

My fee for litigation-support services is $500 per hour plus expenses.

### III.4  Materials Reviewed

In the course of this investigation I conducted an empirical survey and reviewed documents provided by counsel. These documents included pictures containing Trend Setter Realty yard signs and brochures, a Bismarck survey report, the Re/Max International Inc. vs. Help-U-Sell Inc. decision, a Help-U-Sell sign, and the first amended complaint in the present matter.

## IV.  Survey Methodology

The likelihood of confusion investigation consisted of an empirical survey that involved personal interviews with individuals in three geographically dispersed shopping malls in the Greater Houston, Texas metropolitan area. The purpose of the survey was to determine whether the red-over-white-over-blue yard sign used by Trend Setter Realty was likely to cause confusion with RE/MAX. Two independent samples were employed in the investigation. One sample was shown a picture containing the red-over-white-over-blue Trend Setter Realty yard sign. A second sample was shown a picture of the Trend Setter Realty yard sign modified by removing the red and blue horizontal bars while retaining the roof-slopped boundary of the upper red bar as a blue line. Except as noted, all text and symbols were preserved in the same location as on the actual Trend Setter Realty yard sign. The modified sign was used to assess possible survey participant guessing and noise in the survey data when the picture containing the red-over-white-over-blue Trend Setter Realty yard sign was the stimulus.

The methodology employed in the survey consisted of standard, accepted research procedures, methods, and techniques. Consequently, subject to the research design parameters, survey results should be considered valid, reliable, and generalizable to the targeted universe.

### IV.1  Targeted Universe

The targeted universe consisted of individuals who were 18 years of age or older in the Greater Houston metropolitan area and who:

- were involved in buying or selling a home through a real estate agent or broker in the 12 months preceding the survey; or
- had considered buying or selling a home through a real estate agent or broker in the 12 months preceding the survey, or
- were considering buying or selling a home through a real estate agent or broker in the 6 months subsequent to the survey.

## IV.2    Samples and Sample Sizes

The assessment and control samples consisted of those individuals possessing the characteristics of the targeted universe and (i) who did not work for an advertising agency, marketing research firm, or store in the mall where the interviewing took place and (ii) did not have a household or family member who worked for an advertising agency, marketing research firm, or store in the mall where the interviewing took place. Moreover, individuals in the two samples did not work for a real estate company, homebuilder, remodeler, or home inspector. Likewise, no one in their household or family worked for a real estate company, homebuilder, remodeler, or home inspector.

The sample used to assess likelihood of confusion regarding the red-over-white-over-blue Trend Setter Realty yard sign consisted of 150 survey participants. The sample used to assess the effect of survey participant guessing and survey data noise consisted of 75 survey participants.

## IV.3    Data Collection

Data were respectively collected in shopping malls in south-central Houston, Sugarland, and The Woodlands. Data collection took place from November 14 through November 23, 2008. All data were collected by professional field services in the respective malls. Neither the field services nor the interviewers were aware of the purpose or the sponsor of the survey. Consequently, the survey participants were also unaware of either the purpose or the sponsor of the survey.

Attachment 3 contains the instructions given to the field services. The field services followed standard, accepted operating procedures when interviewing survey participants. Completed questionnaires were spot-edited by the field services. Approximately 15 percent of the completed interviews were validated through follow-up telephone calls by an independent survey research company, AustinTrends.

## IV.4    Questionnaire

The questionnaire employed in the investigation is contained in Attachment 4 to this report; it was pretested prior to being administered. In the first part of the questionnaire, potential survey participants were screened so that only individuals who were part of the targeted universe were eligible for sample inclusion.

Individuals qualifying on the screening criteria were shown either a picture containing the actual or the modified Trend Setter Realty yard sign. The picture was removed from an envelope and survey participants viewed it as long as they wanted to do so. The picture was then returned to the envelope. Specifically, the procedure when asking questions was as follows. Initially the interviewer said:

"I have a few more questions to ask you. For helping us, you will receive $3.00 for your time."

The interviewer then removed the picture from an envelope and showed it to a survey participant. The interviewer said:

"Please carefully look at this picture. Take as much time as you need, then tell me when you are ready to answer a few questions about the picture."

After a survey participant viewed the picture, the interviewer returned it to the envelope so that it was not visible and stated that, "As I said before, there are no right or wrong answers to the questions. If you do not know the answer to a question, just say so. Please do not guess."

The interviewer then asked the following open-end questions:

"From what you know, what company is being promoted or advertised by this sign?"

"Why do you say that?"

"What other reasons?"

"From what you know, is the company being promoted or advertised by this sign affiliated or connected with any person, firm, or organization?

[If so] "Which one(s)?"

"Why do you say that?"

"What other reasons?"

"From what you know, would you expect that the company being promoted or advertised by this sign would have to get permission or approval from any person, firm, or organization to use the sign?"

[If so] "Which one(s)?"

"Why do you say that?"

"What other reasons?"

Note that the same questionnaire was used for the likelihood of confusion assessment sample and the control sample. After a survey participant answered these questions, the interviewer asked the survey participant his or her name, thanked the survey participant, and gave the survey participant $3.00.

All completed questionnaires accompany this report and collectively should be considered an integral component of the report. Following standard practice, the questionnaires have been redacted to protect the identities of the survey participants.

## IV.5  Pictures Used in the Investigation

Two different pictures were used in the investigation. Attachment 5 contains a picture of the red-over-white-over-blue Trend Setter Realty yard sign used to assess whether there is a likelihood of confusing the sign with RE/MAX. Attachment 6 contains a picture of the modified Trend Setter Realty yard sign used to assess survey participant guessing and survey data noise.

## IV.6  Assessment of Possible Guessing and Noise

The possible effects of uncontrollable survey factors such as survey participant guessing and survey data noise on the assessment of likelihood of confusion when a picture containing the red-over-white-over-blue Trend setter Realty yard sign was shown to survey participants were assessed by means of an independent sample. In addition to the sample of survey participants shown the red-over-white-over-blue Trend Setter picture, a second sample of survey participants was shown a picture the Trend setter Realty sign modified to be white with a stylized blue roof line. In research terms, the modified yard sign is a "control" for the Trend Setter Realty yard sign and the sample shown this sign is a "control sample."

Since the red-over-white-over-blue color yard sign was not in the modified picture, any mention of RE/MAX by survey participants shown the modified yard sign had to be due to survey participant guessing and survey noise factors. By comparing survey participant responses to the respective yard signs, it was possible to assess the effect of the red-over-white-over-blue color scheme of the Trend Setter Realty yard sign on the likelihood of confusion with RE/MAX. As such, the comparison served as the basis of inferences regarding likelihood of confusion due to the red-over-white-over-blue color scheme used by Trend Setter Realty on its yard signs.

## V.    Results

When shown the picture containing the Trend Setter Realty sign and asked the

question, "From what you know, what company is being promoted or advertised by this sign?", 16.7 percent of the survey participants responded "RE/MAX." The verbatim responses incorporating "RE/MAX" are listed below.

- "Remax (sic)...Because it's a red and blue sign...nothing" (Q3) "Remax (sic)...Because it is the same color as their sign...none"
- "I (sic) looked like a Remax (sic) sign...because it had a house on the sign...and it said for sale"
- "It looked like it was Remax (sic)...Because the color of the sign looked like a ReMax sign...Thats it, just the same color scheme"
- "Because of the colors, I think it was for ReMax...Well I remember the red, white and blue sign they use...Thats the only thing that makes me think that" (Q3) "Remax (sic)...Well mainly because the color of the sign was red, white and blue...I don't know, that's it"
- "Remax (sic)...Because its their sign, they are the only one's (sic) that I know of that have this color of sign...The red, white and blue sign" (Q5 "no") "It's a remax (sic) sign and they have always had this color of sign so I don't think they need approval...no, no other reasons"
- "It's a remax (sic) for sale sign...Because its red white and blue...Just that, that it was the same color as a remax (sic) sign" (Q3) "I would just say, remax (sic)...because like I said, the sign is the same colors as a remax (sic) sign...no, no other reasons" (Q5 "no") "Well if it's a remax (sic) sign then there's no need for permission or approval...nothing else that I can think of"
- "It was a ReMax sign...It was a red, white and blue sign just like theirs...no other reasons" (Q3) "ReMax...Because it was the color of their sign...It had their phone number on the sign" (Q5) "I don't think that Remax (sic) would need permission to use their own sign...no, no other reasons"
- "Remax (sic)...The colors and design was just like a Remax (sic) company. The colors were blue, red, and white...N/A"
- "Remax (sic)...It looks like the Remax (sic) agency sign...N/A"
- "Remax (sic) Agency...The sign looked like a Remax (sic) sign because the design looked like it...I remember seeing an 'R' on the top right corner"
- "Remax (sic)...I saw Remax's (sic) name on the sign...N/A" (Q3 "no") "Remax (sic) is not connected to any other company...N/A" (Q5) "The home owner...The home is private property and Remax (sic) would need the home owner's approval to sell the house and put a sign in the yard...N/A"
- "I don't know...I remember seeing a red, blue, and white sign that looks like a Remax (sic) sign...N/A"
- "Remax (sic)...The sign in the picture looked like a Remax (sic) sign...N/A"
- "Remax (sic)...The red, white, and blue colors...Its usually remax (sic) that sells houses" (Q5) "From Remax (sic) and the owner...The land has to be owned by someone, and you have to get permission from them...N/A"
- "Remax (sic)...because its their colors"
- "Remax (sic)...It looks like a Remax (sic) sign...no other"
- "Remax (sic)...Because of the colors...no other"

- "Remax (sic)...Looks like them"
- "Remax (sic)...sign says so...no"
- "Remax (sic) real estate...sign looks like remax (sic)...none"
- "Re Max (sic) realty...the sign is there (sic)"
- "Ramax (sic) real estate...the real estate sign...none"
- "Remax (sic)...the colors on the sign"
- "Remax (sic)...The colors...No other"
- "Remax (sic)...Because of their colors...no" (Q3) "Because they are Remax (sic)...Nothing else" (Q5 "no") Because they are already Remax (sic)...No"

When asked, "From what you know, is the company being promoted or advertised by this sign <u>affiliated</u> or <u>connected</u> with any person, firm, or organization?", an additional (independent) 7.3 percent of the survey participants responded "RE/MAX." The verbatim responses mentioning RE/MAX are listed below.

- "Remax (sic)...It looks exactly like a Remax (sic) sign. The sign is red, blue, and white just like a remax (sic) sign...N/A"
- "remaxx (sic)...it looked like remaxx (sic) sign...none"
- "It looks like a Remax (sic) ad...The colors resemble remax (sic)...none"
- "It looked like one of those remax (sic) signs...The red, white and blue colors. It represents remax (sic)...The white stand that holds it."
- "Maybe Remax (sic)...because it looks like Maybe it's a division of ReMax" (Q5) "Maybe Remax (sic) if its not a part of Remax (sic)...because it looks like Remax (sic)"
- "Maybe Remax (sic)...It has the same colors...no other"
- "Remax (sic)...It looks like it might be a division of Remax (sic)" (Q5) "Remax...Because the colors are the same...It looks very similar to Remax (sic)"
- "REMAX...its their logo" (Q5) "REMAX...its probably their sister company"
- "REMAX...It looks like REMAX sign" (Q5) "REMAX...They are the same company I think"
- "REMAX...its their for sale sign"
- "The red white and blue balloon...looks like them"

When asked the question, "From what you know, would you expect that the company being promoted or advertised by this sign would have to get <u>permission</u> or <u>approval</u> from any person, firm, or organization to use the sign?", two survey participants (1.3 percent of the sample) stated that the company would have to get permission from RE/MAX.

- "Maybe a company that looks similar...Because it looks like Remax (sic) Reality (sic)...The colors are similar to Remax (sic)"
- "A company with a similar sign...Same colors as Remax (sic)...none other"

9

Thus, approximately 25.3 percent of the survey participants shown the picture with the red-over-white-over-blue Trend Setter Realty yard sign were likely to confuse it with RE/MAX.

## V1.    Control Sample Results

Seventy-five survey participants were shown the picture with the modified Trend Setter Realty yard sign. Of these survey participants, two, approximately 2.7 percent, mentioned RE/MAX in response to the first question ("the company being promoted or advertised by the sign"):

- "Remax (sic)...the colors are the same as remax (sic)...N/A"
- "Remax (sic)...The sign is too white for Remax (sic), but it also has the blue and red just like Remax (sic)...I didn't catch a name"

These responses reflect guessing and survey data noise. They indicate a low level of guessing and noise and strengthen conclusions about the likelihood of confusion due to the red-over-white-over-blue Trend Setter Realty yard sign.

## V2.    Statistical Analyses

A statistical analysis was undertaken to guide inferences in the investigation. Using a confidence coefficient of .99, the collective likelihood of confusion percentage response of 25.3 percent to the "promoted/advertised," "affiliated /connected," and "permission/approval" questions for the red-over-white-over-blue Trend Setter Realty yard sign was evaluated. If the survey were replicated 100 times, the percentage of the targeted universe responding "RE/MAX" to the questions when shown the picture containing the red-over-white-over-blue Trend Setter Realty yard sign would fall in the approximate interval 16.1 percent to 34.5 percent 99 times, with the expected percentage being approximately 25.3 percent. Thus, the approximate 25.3 percent likelihood of confusion percentage is significantly different from zero.

Applying the .99 confidence coefficient to the control percentage of 2.7 percent indicates that the 2.7 percent figure is not significantly different from zero. Thus it reflects random sampling error.

Consequently, even taking into account survey participant guessing and survey data noise, the 25.3 percent likelihood of confusion percentage is both statistically and substantively meaningful.

# VI.    Conclusions

The conclusions to be drawn from the investigation are straightforward. When shown a picture containing the red-over-white-over-blue Trend Setter Realty yard sign, approximately 25.3 percent of the survey participants, individuals in the targeted universe,

stated that RE/MAX is being promoted or advertised by the sign, that the company being promoted by the sign is affiliated or connected with RE/MAX, or that the company being promoted or advertised by the sign had to obtain permission or approval from RE/MAX to use the sign. This percentage is significantly different from zero, and takes into account guessing by survey participants and noise in the survey data. Consequently, there is a significant likelihood that individuals in the targeted universe are likely to be confused when seeing the red-over-white-over-blue Trend Setter Realty yard sign. In particular, the red-over-white-over-blue Trend Setter Realty yard sign is likely to be confused with RE/MAX by one-quarter of the individuals in the targeted universe. Thus there is a likelihood of confusion with respect to source, affiliation, connection, or permission in the context investigated.


Dr. Robert A. Peterson

# Attachment 1

## RESUME

## ROBERT A. PETERSON

**John T. Stuart III Centennial Chair in
Business Administration**

**Associate Vice President for Research**

**Charles Hurwitz Fellow
$IC^2$ Institute**

**The University of Texas at Austin**

**September, 2008**

I.  **BACKGROUND**

    **Address**

|  |  |
|---|---|
| **Home** | 3210 Park Hills Drive<br>Austin, Texas 78746<br>(512) 327-2187 |
| **University** | Department of Marketing<br>CBA 7.242<br>The University of Texas at Austin<br>Austin, Texas 78712<br>(512) 471-9438<br>rap@mail.utexas.edu |

    **Personal Data**

|  |  |
|---|---|
| **Education** | BS, University of Minnesota, 1966<br>MS, University of Minnesota, 1968<br>PhD, University of Minnesota, 1970 |
| **Date of Birth** | March 25, 1944 |
| **Place of Birth** | New York City |
| **Marital Status** | Married, 3 children |
| **Academic Honors** | BS awarded with high distinction<br>Vaile Fellowship<br>Kaiser Fellowship |

Beta Gamma Sigma

**Employment History**

Research Assistant
  Center for Interest Measurement Research,
  University of Minnesota, 1964-67

Research Assistant
  Center for Experimental Studies in Business,
  University of Minnesota, 1968

Instructor
  Marketing Department
  University of Minnesota, 1969-1970

Assistant Professor of Marketing
  The University of Texas at Austin, 1970-73

Associate Professor of Marketing
  The University of Texas at Austin, 1973-77

Professor of Marketing
  The University of Texas at Austin, 1977-

Senior Research Fellow
  $IC^2$ Institute, The University of Texas
  at Austin, 1978-1983

Sam Barshop Professor of Marketing
  The University of Texas at Austin, 1981-85

Chairman, Department of Marketing
  1983-85

Charles E. Hurwitz Centennial Fellow
  $IC^2$ Institute, The University of Texas
  at Austin, 1983-

John T. Stuart III Centennial Chair in
  Business Administration, 1985-

Associate Dean for Research, 2002-04

Deputy Director and Director of
  Research, $IC^2$ Institute, The University of
  Texas at Austin, 2004-2006

Associate Vice President for Research, 2006-

## II. ACADEMIC

### Areas of Expertise

Consumer Behavior
Marketing Research
Promotion
Quantitative Methods
Sales Forecasting
Marketing Strategy

### Courses Taught

Marketing Research
Marketing Information Analysis
Research Design and Measurement
Promotion
Group Dynamics
Multivariate Statistics
Introductory Marketing
Consumer Behavior
Marketing for Service Organizations
Supervised Teaching for Teaching Assistants
Marketing Strategy
Marketing Theory

### Professional Societies

Academy of Marketing Science
American Marketing Association
American Psychological Association
American Sociological Association
American Statistical Association
Association for Consumer Research
Decision Sciences Institute
Society for Marketing Advances
Southwestern Marketing Association

## III. HONORS, AWARDS, AND ACTIVITIES

### Editorial
Advisory Editor (Marketing) - *Social Science Quarterly,* 1974-1984

Senior Advisory Board - *Journal of Personal Selling and Sales Management*, 2002-04

Book Review Editor - *Journal of Marketing Research,* 1975-1982

Book Review Editor - *Journal of Marketing,* 1976-1979

Editor - *Southwestern Marketing Association Newsletter,* 1976-1977

Editorial Review Board - *Journal of Marketing,* 1976-1979, 1981-

Editorial Review Board - *Journal of Marketing Research,* 1975-1991

Editorial Review Board - *International Marketing Review,* 1979-

Editorial Review Board - *Journal of the Academy of Marketing Science,* 1980-

Editorial Review Board - *Business Review,* 1984-2001

Editorial Review Board - *Marketing Letters,* 1989-2000

Editorial Review Board - *Journal of Retailing,* 1992-

Editorial Review Board - *Journal of International Marketing,* 1992-1999

Editorial Review Board - *Journal of Personal Selling & Sales Management,* 1995-

Editorial Review Board - *International Journal of Internet Marketing and Advertising*, 2002-

Editorial Review Board - *AMS Review,* 1999-

Editorial Advisory Board - *Journal of Health Care Marketing,* 1985-89

Editor - *Journal of Marketing Research,* 1985-88

Editor - *Journal of the Academy of Marketing Science,* 1991-94

Editor - *Technology Knowledge Activities,* 1993-95

Associate Editor - *Journal of Consumer and Market Research,* 1996-99

## Professional and Association Honors

Chairman, National Committee on Teaching Effectiveness, Decision Sciences Institute, 1972-1974

National Council Member, Decision Sciences Institute, 1974-1975

Chairman, Doctoral Research Grants Committee, American Marketing Association, 1975-1976

Program Chairman, Southwestern Marketing Association Conference, 1976-1977

Invited Faculty Member, American Marketing Association Doctoral Consortium, 1976, 1982, 1985-1988, 1998, 2001 (invited, could not attend), 2002, 2005, 2006 (could not attend), 2007, 2008 (could not attend)

President, Southwestern Marketing Association, 1977-1978

President and Founder, Austin Chapter of the American Marketing Association, 1977-1979

Member, International Advisory Council, American Marketing Association, 1979-1982

Member, Board of Directors, American Marketing Association, 1979-1981

Member, Dissertation Competition Committee, American Marketing Association, 1980-1982, 1991-1992, 1997

Member, Committee to Select Best Conference Paper, Southwestern Marketing Association, 1981-1984

Member, Alpha Mu Alpha Advisory Council, American Marketing Association, 1980-

1981
Vice President, American Marketing Association, 1980-1981
Fellow, Southwestern Marketing Association, 1982
Member, Board of Governors, Academy of Marketing Science, 1982-1986, 1994-
    (Chairman, 1994-1998)
Member, Dissertation Competition Committee, American Psychological Association
    (Division 23), 1982-1983
Co-chairman, American Marketing Association Educators' Conference, 1984
Invited Faculty Member, Southwestern Marketing Association Doctoral Consortium,
    1984, 1986-1988, 1991-1994
Member, American Marketing Association Committee to Select Distinguished
    Marketing Educator, 1984-1991; Chairman, 1989-91
Member, Decision Sciences Institute Membership Committee, 1986-1989
Member, American Marketing Association Committee to Select Best Educator
    Conference Paper, 1987, 1988
Invited Speaker, Direct Selling Association Marketing Conference, 1987
Invited Faculty Member, University of Houston Doctoral Consortium, 1987
Outstanding Marketing Educator Award, Academy of Marketing Science, 1988
Invited Participant, Direct Marketing Association Research Consortium, 1988
Invited Speaker, Direct Selling Education Foundation Academic Seminar, 1988
Chairman, Academy of Marketing Science International Conference, 1990
Member, Board of Directors, Direct Selling Education Foundation, 1989-1993
Invited Speaker, Direct Selling Association Annual Meeting, 1989, 1991
Invited Speaker, J. D. Power Customer Satisfaction Symposium, 1991
Circle of Honor Award, Direct Selling Education Foundation, 1991
Invited Speaker at the AMA Symposium on Patronage Behavior and Retail Strategic
    Planning, 1991
Invited Speaker, Texas Marketing Faculty Colloquium, 1991, 1993, 1994
Invited Speaker, Academy of Marketing Science International Conference, 1983,
    1985, 1987, 1988-1994, 1996
Invited Speaker, Computer Market Analysis Group, 1992
1993 Jagdish N. Sheth Award for Outstanding Article in Volume 20 of the *Journal of
    the Academy of Marketing Science*
Invited Speaker, International Mass Retail Association Conference, 1993
Principal speaker, 3M Marketing Exchange, 1993
Invited Speaker, Direct Selling Education Foundation/Federation of European Direct
    Selling Associations International Academic Symposium, 1993 (Berlin), 1995
    (Prague)
Member, Relationship Marketing Conference Advisory Committee, 1994-
Distinguished Fellow, Academy of Marketing Science, 1994
Co-chairman, International Research Seminar on Marketing Communications and
    Consumer Behavior (France), 1995
Featured speaker, Intelliquest New Product Research Conference, 1995
Featured panelist, Museum Store Association Conference, 1995
Keynote speaker, Retail Patronage Conference, 1995
1995 John D.C. Little Award for Outstanding Marketing Article published in

*Marketing Science* or *Management Science* in 1994
Featured Speaker, Agewave Seminar on the Future of Retailing, 1995
Invited Speaker, American Marketing Association Educators Conference, 1996
Invited Speaker, Relationship Marketing Conference, 1996
Invited Speaker, Direct Selling Education Foundation Executive Seminar, 1996
Invited Speaker, Marketing Science Institute Workshop, 1997
Invited Speaker, American Marketing Association Austin Chapter, 1997
Featured Speaker, Direct Marketing Education Foundation Conference, 1997
President, Academy of Marketing Science, 2000-2002, Past President, 2002-2004
Member, Census Advisory Committee of Professional Associations, 1998-2004
Distinguished Scholar Award, Society for Marketing Advances, 1998
Member, Board of Trustees, St. Michael's Academy, 1999
Plenary speaker, International Research Seminar on Marketing Communications and
    Consumer Behavior, 1999, 2005
McCombs School of Business Career Award for Outstanding Research Contributions,
    2001
Member, Board of Directors, Sheth Foundation, 2001- (President, 2005-)
Featured speaker, 43rd Annual Intellectual Property Law Conference, November 2005
American Marketing Association/McGraw-Hill Irwin 2006 Distinguished Marketing
    Educator Award
Harold Berkman Service Award, Academy of Marketing Science, 2006
*Journal of Retailing* Outstanding Reviewer Award, 2006
Invited Speaker, Society for Marketing Advances Doctoral Consortium, 2007

## Guest Lecturer

University of Libya, 1973
University of Grenoble (France), 1974, 1978
Universite d'Aix-Marseille (France), 1974, 2001
State University of New York (Buffalo), 1977
University of Missouri (Columbia), 1978
Instituto Tecnologico y de Estudios Superiores de Monterrey (Mexico), 1978, 2005
University of Illinois (Urbana), 1979
University of Oregon, 1980, 1986
Washington State University, 1985
City University of New York, 1985
University of South Carolina, 1985
University of Houston, 1988
University of Georgia, 1990
Universidade de Sao Paulo, 1994
University of New Mexico, 2002
University of Notre Dame, 2005

## Ad Hoc Reviewer

*Journal of Management Studies,* 1980, 1989
*Journal of Business Research,* 1995 – 1999, 2008

*Journal of Consumer Research,* 1984, 1995-
*Journal of Economics and Business,* 1987
*Journal of Interactive Marketing,* 2006
*Journal of International Business Studies,* 1987-
*Advances in International Marketing,* 1987
*International Journal of Research in Marketing,* 1988
*Journal of Marketing Research,* 1994, 1999, 2000, 2002-2004
*Psychology & Marketing,* 1994, 2007
*Decision Sciences,* 1995, 1997, 1999-2000, 2002
*Journal of Retailing and Consumer Services,* 1995, 2002, 2004, 2005, 2006
*Journal of Business and Economic Statistics,* 1995
*European Journal of Operational Research,* 1997
*The International Executive,* 1997
*Thunderbird International Business Review,* 1998
*Journal of Public Policy and Marketing,* 1998, 1999
*IEEE Transactions on Engineering Management,* 2000
*Management Science,* 2002
*Marketing Letters,* 2001, 2002, 2004, 2005
*Environment and Planning A,* 2001
*Journal of International Marketing,* 2002
*International Journal of Media Management,* 2002
*Journal of Advertising,* 2004
*Marketing Science,* 2005
*Journal of Product Innovation Management,* 2005, 2006
*Field Methods,* 2007
*International Journal of Research in Marketing,* 2007
*Organizational Research Methods,* 2007
*Journal of Computer-Mediated Communication,* 2007
*Psychological Reports,* 2008


## Manuscript Reviewer for Annual Meetings

Academy of Marketing Science, 1984, 1987, 1988, 1991, 2002 (WMC), 2004 (WMC)
Association for Consumer Research, 1975-1976, 1978-1982, 1989, 1997, 1999
American Marketing Association, 1976-1977, 1981-1983, 1985-1990, 1992, 1993, 1996-
  2007
Decision Sciences Institute, 1976, 1978, 1982, 1985, 1988, 1991, 1994, 1995, 1996
Southwestern Marketing Association, 1976, 1977
Southern Marketing Association, 1978, 1987, 1994
Society for Consumer Psychology, 1998-2001, 2004
European Marketing Academy, 2004


## Grants Received

University of Texas Research Institute, 1971, 1983, 1984, 1988
College of Business Administration, 1973

George Kozmetsky Fellowship, 1977
Center for Middle Eastern Studies, 1978
Arab Development Institute, 1978-1979
National Endowment for the Arts/City of Austin, 1978-1979
GTE, 1979
State Bar of Texas, 1979
*Texas Monthly, 1980*
Russell Reynolds, 1980
University of Pittsburgh, 1981
Newcomb Government Securities, 1981
Safeguard Business Systems, Inc., 1982-1988
Accounts Management Corporation, 1984
AmeriSuites, 1985
St. David's Episcopal Church, 1986
Direct Selling Education Foundation, 1986, 1991
Ford Motor Company, 1986-1987, 1989
Southwestern Bell Educational Foundation, 1986
Dell Computer Corporation, 1988
Motorola, 1988
Texas Instruments, 1989
J. D. Power & Associates, 1991
Update Research, 1992
Jacob-Louis Group, 1996
Morris Dickson, 1998, 1999

## Session Chairman in Annual Meeting

Decision Sciences Institute, 1974, 1975, 1978, 1980
American Marketing Association, 1976, 1980, 1981, 1985, 1989, 1991
Southwestern Marketing Association, 1976, 1978, 1982
Southern Marketing Association, 1978
American Marketing Association Theory Conference, 1979
American Psychological Association (Division 23), 1979
Academy of Marketing Science, 1983, 1991

## Other

Faculty Advisor, Alpha Kappa Psi, 1981-1983
Listed in *American Men and Women of Science, 1983*
Member, Alpha Iota Delta
Member, Southwestern Marketing Association Nominating Committee, 1974, 1978-
    1981
Discussant, Decision Sciences Institute Annual Meeting, 1975
Listed in *Who's Who in the South and Southwest,* 1975
Faculty Advisor, UT American Marketing Association Club, 1975-1976
Listed in *Who's Who in North America,* 1976
Member, Phi Kappa Phi

Member, Board of Directors, Southwestern Federation of Administrative Disciplines, 1976-1978

Member, Executive Committee, Institute for Constructive Capitalism, 1977-1978

Invited Participant, Arab Development Institute Symposium, 1978

Invited Participant, ACUCAA/Center for Arts Administration Symposium, 1978

Invited Speaker/Paper, Southwestern DSI, 1979

Track Chairman, Senanque Abbey Seminar (France), 1979

Panel Member, American Marketing Association Educator Conference, 1980

Track Chairman, Southwestern Marketing Association Annual Conference, 1980-1981

Discussant, Association for Consumer Research Annual Meeting, 1980

Research Product/Proposal Evaluator, National Science Foundation, 1980-

Panel Member, Southern Marketing Association Annual Conference, 1981

Chairman, Southwestern Marketing Association Fellows Committee, 1981-1982 (Member, 1987-1988)

Principal Speaker, "Nuevas Tecnica de Investigacion de Mercados Seminario," Universidad Nacional Autonoma de Mexico, 1981

Distinguished Epsilon Alpha Lecturer, University of Arkansas, 1981

Keynote Speaker, Western Marketing Association Educators' Conference, 1982

Panel Member, Academy of Marketing Science International Conference, 1983, 1985, 1987

Listed in *Who's Who in America*, 1984-

Invited Speaker, Conference on Small Business and Technology Innovation, Albuquerque, New Mexico, 1984

Invited Speaker/Paper, Western DSI, 1984

Member, Advisory Committee, The Scientific Press, 1985-1990

Invited Speaker, Annual Conference, Decision Sciences Institute, 1985, 1987

Member, Advisory Board, South-Western Publishing Company, 1987-1990

Member, Research Grants Committee, Direct Selling Education Foundation, 1988

Distinguished Speaker, AMA Faculty Consortium, 1989

Member, Academic Advisory Board, Vector Marketing Corporation, 1990-

Panel Member, AMA Winter Educators' Conference, 1992

Author of the month, UT Co-Op, March 1992

Discussant, P.D. Converse Symposium, 1992

Nominee for University-wide undergraduate and graduate teaching awards, 1993

Principal speaker, ATI Seminar Series "Creating Your Business Plan," 1993, 1994

Discussant, Direct Marketing Association Educators Conference, 1994

Member, Patronage and Theory Conference Board of Advisors, 1995-97

Member, Scientific Committee of International Research Seminar on Marketing Communications and Consumer Behavior (France), 1995-

Member, MSI Doctoral Dissertation Proposal Competition Committee, 1998

Reviewer, Society for Marketing Advances Dissertation Competition, 1999-2000

Track chair, AMS Multicultural Conference, 2000

Reviewer, George Day Doctoral Dissertation Award, 2000

Panel member, Academy of Marketing Science Annual Conference, 2000

Panel member, American Marketing Association Educators Conference, 2000

Invited Speaker, Academy of Marketing Science Multicultural Conference, 2000

Listed as 9th most productive researcher in marketing for period 1992-98 (*Journal of Marketing Education*, August 2000 issue)

Reviewer, Society for Consumer Psychology-Sheth Foundation Dissertation Proposal Competition, 2001

Reviewer for United States Department of Agriculture National Research Initiative Competitive Grants Program, 2001

Co-chair, Marketing Track, Decision Sciences Institute 2002 Annual Conference, 2001-2002

Member, Sheth Foundation/*Journal of Marketing* Award Selection Committee, 2002

Member, AMA Nominating Committee, 2002

Reviewer, 2002 MSI/*JM* Competition on Marketing Metrics

Member, AMS Committee to Select Outstanding Conference Paper, 2005

Reviewer, John Howard (AMA) Doctoral Dissertation Award, 2005, 2007, 2008

## IV. PUBLICATIONS

### Books, Monographs, and Book Chapters

"A Set of Basic Interest Scales for the Strong Vocational Interest Blank for Men," *Journal of Applied Psychology Monograph,* December, 1968 (with D.P. Campbell and others).

*Reference Guide to Marketing Literature,* Braintree, MA: D.H. Mark Publishing Co., 1970 (with A.L. Pennington).

*Trends in Consumer Behavior Research,* American Marketing Association Monograph Series *Proceedings,* Southwestern Marketing Association, 1977 Conference (ed., with J.E. Swan and G.E. Kiser).

"Multi-Product Growth Models," in *Research in Marketing* (J. Sheth, ed.), Greenwich, CT: JAI Press, 1978 (with V. Mahajan), pp. 201-231.

*Strategic Marketing: Cases and Comments,* Upper Saddle River, NJ: Prentice Hall (with R.A. Kerin), tenth edition, 2004. (Translated into Chinese and Portugese)

*Perspectives on Strategic Marketing Management,* Boston, MA: Allyn and Bacon, Inc., 1980 (ed., with R.A. Kerin) second edition, 1983.

"Marketing Analysis, Segmentation and Targeting in the Performing Arts," in *Marketing the Arts* (M.P. Mokwa, W.M. Dawson, and E.A. Prieve, eds.), New York: Praeger Press, 1980, pp. 182-200.

"Socioeconomic Development Plans and Individual Satisfaction in Libya," in *Directions of Change: Modernization Theory, Research and Realities* (M.O. Attir, B. Holzner and Z. Suda, eds.) Boulder, CO: Westview Press, 1981, pp. 197-214 (with M.O. Attir).

"The Quality of Self-Report Data: Review and Synthesis," in *Review of Marketing 1981* (B. Enis and K. Roering, eds.) Chicago: American Marketing Association, 1981, pp. 5-20 (with R.A. Kerin).

*Marketing Research,* Dallas, TX: BPI, 1982, second edition, 1988.

"Store Image Measurement in Patronage Research: Fact and Artifact," in *Patronage Theory and Retail Management* (W. Darden and R. Lusch, eds.), New York: Elsevier North Holland, 1982, pp. 293-306 (with R.A. Kerin).

"Perceived Risk and Price-Reliance Schema as Price-Perceived-Quality Mediators," in *Perceived Quality: How Consumers View Stores and Merchandise* (J. Jacoby and J. Olso

"Sources of Capital for Very Small Businesses," in *Corporate Creativity* (R. Smilor and R. Kuhn, eds.), New York: Praeger, 1984, pp. 23-50 (with G. Albaum).

*Proceedings*, the American Marketing Association, Chicago, IL, 1984 (ed. with R. Belk and others).

*Models for Innovation Diffusion,* Beverly Hills, CA: Sage Publications, 1985 (with V. Mahajan).

*The Role of Affect in Consumer Behavior*, Lexington, MA: Lexington Books, 1986 (co-editor with W.D. Hoyer and W.R. Wilson).

"Reflections on the Role of Affect in Consumer Behavior," in *The Role of Affect in Consumer Behavior* (ed., with W.D. Hoyer and W.R. Wilson), Lexington, MA: Lexington Books, 1986, pp. 141-159 (with W.D. Hoyer and W.R. Wilson).

*Modern American Capitalism: Understanding Public Attitudes and Perceptions,* Westport, CT: Quorum Books, 1990 (with G. Albaum and G. Kozmetsky).

"A Context for Retailing Predictions," in *The Future of U.S. Retailing* (R.A. Peterson, ed.), New York: Quorum Books, 1992, pp. 1-26.

"A Retailing Agenda for the Year 2000," in *The Future of U.S. Retailing* (R.A. Peterson, ed.), New York: Quorum Books, 1992, pp. 243-292 (with Richard Bartlett).

*The Future of U.S. Retailing,* New York: Quorum Books, 1992 (editor).

*Proceedings of the First International Research Seminar on Marketing Communications and Consumer Behavior*, Universite d'Aix-Marseille, France, 1995 (co-editor with A. Jolibert and A. Strazzieri).

"Special Issue: Selections from the International Research Seminar on Marketing Communications and Consumer Behavior," *Journal of Business Research,* 37 (N. 2, 1996) (co-editor with A. J. P. Jolibert and A. Strazzieri).

*Electronic Marketing and the Consumer*, Thousand Oaks, CA: Sage Publications, 1997 (editor).

"Electronic Marketing: Visions, Definitions, and Implications," in *Electronic Marketing and the Consumer* (R. A. Peterson, editor), Thousand Oaks, CA: Sage Publications, 1997, pp. 1-16.

*Constructing Effective Questionnaires*, Thousand Oaks, CA: Sage Publications, 2000.

"Marketing is…a Body of Knowledge," in *Essays by Distinguished Marketing Scholars of the Society for Marketing Advances* (A. G. Woodside and E. M. Moore, eds.), Boston, MA: JAI Press, 2002, pp. 139-169.

"Benchmarking Student Attitudes Regarding Ethical Issues," in *Business Ethics: New Challenges for Business Schools and Corporate Leaders* (with Gerald Albaum) (R.A. Peterson and O.C. Ferrell, eds.), New York: M.E. Sharpe, 2005, pp. 115-137.

"Reflections," in *Business Ethics: New Challenges for Business Schools and Corporate Leaders* (R.A. Peterson and O.C. Ferrell, eds.), New York: M.E. Sharpe, 2005, pp. 241-246.

*Business Ethics: New Challenges for Business Schools and Corporate Leaders* (R.A. Peterson and O.C. Ferrell, eds.), New York: M.E. Sharpe, 2005.

"Language, Thought, and Consumer Behavior," in *Review of Marketing Research* (N. Malhotra, ed.), Vol. 2, New York: M.E. Sharpe, 2007, pp. 152-192 (with D. Merunka).

## Publications in Refereed Journals and Proceedings Papers

"SVIB Scores and Product Preferences," *Journal of Applied Psychology*, 53 (August 1969), pp. 304-308 (with A. L. Pennington).

"Interest Patterns and Product Preferences: An Exploratory Analysis," *Journal of Marketing Research*, 6 (August 1969), pp. 284-290 (with A. L. Pennington).

"The Price-Perceived Quality Relationship: Experimental Evidence," *Journal of Marketing Research*, 7 (November 1970), pp. 525-528.

"Vocational Interest Comparisons Between Marketing Executives and Marketing Professors," *Proceedings*, Decision Sciences Institute, 1970 (with J. G. Rhode).

"A Comparison of Two Approaches to the Analysis of Personality Differences," *Journal of Psychology*, 79 (October 1971), pp. 257-262 (with L. K. Sharpe).

"Personality and Performance-Satisfaction of Industrial Salesmen," *Journal of Marketing Research*, 8 (November 1971), pp. 501-504 (with H. O. Pruden). **Reprinted in** *Research Perspectives on the Performance of Sales People: Selected Readings,* N.M. Ford, O.C. Walker, Jr., and G. A. Churchill, Jr., Cambridge, MA: Marketing Science Institute, 1983.

"Risky Shift in Marketing Decision-Making: A Non-Confirmation," *Psychological Reports*, 29 (December 1971), pp. 1135-1138 (with D. G. Fulcher).

"Group Decision-Making in Marketing: The Risky Shift," *Proceedings,* Southern Marketing Association, 1971, (with D. G. Fulcher).

"Concept Testing: Some Experimental Evidence," *Mississippi Valley Journal of Business and Economics*, 7 (Spring 1972), pp. 84-88 (with H. Liszt).

"Ratings of Salespersons by Male Customers: 1971," *Journal of Applied Psychology*, 56 (October 1972), p. 433.

"The Vocational Interests of Marketing Professionals," *Journal of Vocational Behavior*, 2 (January 1972), pp. 13-23 (with J. G. Rhode).

"Vocational Interest Patterns of Male and Female Medical Students Over a Four Year Period," *Journal of Counseling Psychology*, 19 (February 1972), pp. 21-25.

"On the Interpretation of Canonical Analysis," *Journal of Marketing Research,* 9 (May 1972), pp. 187-192 (with M. I. Alpert). **Reprinted in** *Multivariate Data Analysis*, J.F. Hair, Jr., R. E. Anderson, R. L. Tatham, and B. J. Grablowsky, Tulsa, OK: Petroleum Publishing Company, 1979.

"Effects of Ordinal Position: Tripartite Analysis," *Psychological Reports*, 30 (June 1972), p. 890 (with L. K. Sharpe).

"Psychographics and Media Exposure," *Journal of Advertising Research*, 12 (June 1972), pp. 17-20.

"A Multivariate Analysis of Psychographic Variables," *Journal of Personality Assessment*, 36 (August 1972), pp. 374-379 (with L. K. Sharpe).

"Spread of Marketing Innovations in a Service Industry," *Journal of Business,* 45 (October 1972), pp. 485-496 (with C. W. Rudelius and G. L. Wood).

"How to Name New Brands," *Journal of Advertising Research*, 12 (December 1972), pp. 29-34 (with I. Ross).

"Consumer Choice Patterns and Psychographics: A Test of Predictability," *Proceedings*, Decision Sciences Institute, 1972, pp. 174-180 (with M. I. Alpert).

"Market Segmentation by Reciprocal Averages Clustering," *Proceedings*, Decision Sciences Institute, 1972, pp. 19-23.

"The Effect of Shelf-Space Upon Sales of Branded Products: A Reappraisal," *Journal of Marketing Research*, 10 (February 1973), pp. 103-104 (with J. W. Cagley).

"Market Segmentation: Product Usage Patterns and Psychographic Configurations," *Journal of Business Research*, 1 (Summer 1973), pp. 11-30 (with L. K. Sharpe).

"A Note on Optimal Adopter Category Determination," *Journal of Marketing Research*, 10 (August 1973), pp. 325-329.

"ICORE: An Interactive, Computer-Oriented Research Exercise," *Proceedings,* American Marketing Association, 1973, pp. 20-23.

"The Relationship Between Selected Demographics and Shopping Behavior," *Proceedings*, Southern Marketing Association, 1973, pp. 53-56 (with L. K. Sharpe and F. Johnson).

"Cue Utilization and Stereotypic Perception: The Attribution of Psychographic Characteristics," *Proceedings*, Decision Sciences Institute, 1973, pp. 4-6.

"Information Seeking on Competitors and Perception of Competition by Food Store Managers," *Journal of the Academy of Marketing Science*, 2 (Winter 1973), pp. 299-307 (with J.E. Swan). **Reprinted in** *Marketing Update: Dynamic Marketing Readings*, Harold Berkman, et al., eds., Dubuque, IA: Kendall/Hunt Publishing Company, 1977.

"A Study of Recruitment and Socialization into Two Deviant Female Occupations," *Sociological Symposium*, 11 (Spring 1974), pp. 11-24 (with S. H. Carey and L. K. Sharpe).

"Diffusion and Adoption of a Consumer Durable," *Marquette Business Review*, 18 (Spring 1974), pp. 1-8.

"Market Structuring by Sequential Cluster Analysis," *Journal of Business Research*, 2 (July 1974), pp. 249-264.

"Trade Area Analysis Using Trend Surface Mapping," *Journal of Marketing Research*, 11 (August 1974), pp. 339-342.

"A Note on the Effect of Special Offers," *Journal of Business Administration,* 6 (Fall 1974), pp. 56-63 (with L. K. Sharpe and L. J. Buntin).

"Moderating the Personality-Product Usage Relationship," *Proceedings,* American Marketing Association, 1974, pp. 109-112.

"Factors Influencing Student Ratings of Teaching Effectiveness," *Proceedings*, Decision Sciences Institute, 1974, pp. 129-131 (with W. S. Martin and A. Casey).

"Selected Insights into the Dynamics of Ecologically Responsible Behavior," *Proceedings,* Decision Sciences Institute, 1974, pp. 33 (with R. A. Kerin).

"On Marketing and the Quality of Life," *Proceedings*, Voices Nouvelles de la Recherche en Marketing (Senanque Abbey Seminar, France), 1974, pp. 262-289.

"Second-Order Factor Analysis of Multiattribute Data," *Proceedings*, American Statistical Association, 1974, pp. 323-326 (with G. D. Bruce).

"An Experimental Investigation of Mail Survey Responses," *Journal of Business Research*, 3 (July 1975), pp. 199-210.

"Diffusion of Large-Scale Food Retailing in France: Supermarche et Hypermarche," *Journal of Retailing*, 51 (Fall 1975), pp. 43-63 (with E. Langeard).

"Testing the Significance of Canonical Correlations," *Proceedings*, American Marketing Association, 1975, pp. 117-119 (with M. I. Alpert and W. S. Martin).

"Teaching Effectiveness: How Do We Rate?" *Proceedings*, American Marketing Association, 1975, pp. 694-698 (with R. A. Kerin and W. S. Martin).

"Situational Factors as Determinants of Teaching Effectiveness Evaluations," *Proceedings*, American Statistical Association, 1975, pp. 477-480.

"Automobile Purchasing Behavior During the Energy Crisis," *Proceedings*, Decision Sciences Institute, 1975, p. 120 (with M. I. Alpert).

"Information Type and Source as Determinants of Expected Product Satisfaction," *Proceedings*, Decision Sciences Institute, 1975, p. 316 (with L. L. Golden).

"Instructor-Related Determinants of Teaching Effectiveness Evaluations," *Proceedings*, Decision Sciences Institute, 1975, pp. 140-142.

"Practical Significance and Partitioning Variance in Discriminant Analysis," *Decision Sciences*, 7 (October 1976), pp. 649-658 (with V. Mahajan).

"A Cross-National Investigation of Price and Brand as Determinants of Perceived Product Quality," *Journal of Applied Psychology*, 61 (August 1976), pp. 533-536 (with A. J. P. Jolibert).

"Pour une Meilleure Utilisaton des Etudes Commerciales: Un Nouvel Outil Pedagogique," *Enseignment et Gestion* (Autumn 1976), pp. 67-69 (with E. Langeard and J. P. Leonardi).

"A Cognitive Complexity Attitude Scale for Marketing Research," *Proceedings*, Research in Marketing (Senanque Abbey Seminar, France), 1976 (with M. Venkatesan and A. J. P. Jolibert).

"Brief Report: Computer Applications in Innovative Hospitals," *Proceedings*, Decision Sciences Institute, 1976, p. 303 (with V. Mahajan).

"Consumer Perceptions as a Function of Product Color, Price, and Nutrition Labeling," *Proceedings*, Association for Consumer Research, 1976, pp. 61-63.

"Post-Purchase, Pre-Trial Satisfaction Expectations as a Function of Message Content and Source," *Proceedings,* American Marketing Association, 1976, pp. 143-146 (with L. L. Golden).

"On the Teaching of Effective Decision-Making in Marketing," in *Educating Effective Marketing Decision-Makers*, Barcelona, Spain: ESOMAR, 1976, pp. 233-243 (with E. Langeard and J. P. Leonardi).

"Personalization, Respondent Anonymity and Response Distortion in Mail Surveys," *Journal of Applied Psychology*, 62 (February 1977), pp. 86-89 (with R. A. Kerin).

"Causal Attribution of Product Failure: An Exploratory Investigation," *Journal of the Academy of Marketing Science*, 4 (Winter 1976), pp. 446-455 (with A. J. P. Jolibert).

"Market Segmentation by Gasoline Consumption Intentions," *Proceedings*, American Marketing Association, 1977, pp. 105-109 (with W. H. Cunningham).

"A Note on the Information Content of Rating Scales," *Proceedings*, American Marketing Association, 1977, pp. 324-326 (with S. Sharma).

"The Female Role in Advertisements: Some Experimental Evidence," *Journal of Marketing*, 41 (October 1977), pp. 59-63 (with R. A. Kerin). **Abstracted in** *Wharton Magazine* (February 1978).

"Adjusting Correlation Coefficients for the Effects of Scaling," *Proceedings*, American Statistical Association, 1977, pp. 784-786 (with S. Sharma).

"Consumer Reactions to Product Recall Remedies: An Experimental Investigation," *Proceedings*, Decision Sciences Institute, 1977, p. 544 (with R. A. Kerin).

"The Effect of Question Form on Age Reports in a Mail Survey," *Proceedings*, American Marketing Association, 1978, pp. 229-231 (with R. A. Kerin).

"Integrating Time and Space in New Product Diffusion Models," *Proceedings*, American Marketing Association, 1978, pp. 47-50 (with V. Mahajan, A. Jain, and N. Malhotra).

"Post-Completion Mail Survey Incentives and Data Quality: An Empirical Investigation," *Proceedings*, American Statistical Association, 1978, pp. 599-602 (with G. D. Bruce).

"Issues in the Quality of Self-Report Data," *Proceedings*, Decision Sciences Institute, 1978, pp. 184-186.

"Teaching Effectiveness in the Decision Sciences: The Use of Student Evaluations," *Decision Sciences*, 9 (October 1978), pp. 712-724 (with R. A. Kerin and W. S. Martin).

"Innovation Diffusion in a Dynamic Potential Adopter Population," *Management Science*, 24 (November 1978), pp. 1589-1597 (with V. Mahajan).

"A New Product Growth Model with a Dynamic Market Potential," *Long Range Planning*, 12 (August 1979), pp. 51-58 (with V. Mahajan, A. Jain, and N. Malhotra).

"Integrating Time and Space in Technological Substitution Models," *Technological Forecasting and Social Change*, 14 (August 1979), pp. 231-241 (with V. Mahajan).

"Data Quality in Consumer Research: An Analysis of Selected Qualitatively Anchored Scales," *Proceedings*, Division 23, American Psychological Association, 1979, pp. 30-33.

"Scaling and Reliability Considerations in Evaluating Correlation Coefficients," *Proceedings*, Southern Marketing Association, 1979, pp. 195-198 (with S. Sharma).

"First Purchase Diffusion Models of New Product Acceptance," *Technological Forecasting and Social Change*, 15 (April 1979), pp. 127-146 (with V. Mahajan).

'The Effective Use of Marketing Research Consultants, *Industrial Marketing Management*, 9 (February 1980), pp. 69-73 (with R. A. Kerin).

"Household Income Data Reports in Mail Surveys," *Journal of Business Research*, 8 (September 1980), pp. 301-313 (with R.A. Kerin).

"The 'Hardcore' Mail Survey Respondent: Some Hypotheses," *Proceedings*, American Statistical Association, 1980, pp. 548-550 (with M. Sabertehrani and A. Paull).

"Shift-Share Analysis as a Diagnostic Tool for Multi-Product Performance and Appraisal," *Proceedings*, Decision Sciences Institute, 1980, pp. 285-287 (with R. A. Kerin and V. Mahajan).

"Investigating Income Refusals in a Telephone Survey by Means of Logit Analysis," *Proceedings*, Association for Consumer Research, 1980, pp. 289-291 (with R. Leone and M. Sabertehrani).

"An Exploratory Investigation of Mediating Factors in Retail Store Image Responses," *Proceedings*, Association for Consumer Research, 1980, pp. 662-664.

"On the Meaning, Sources, and Different Types of Collinearity," *Proceedings*, Southern Marketing Association, 1981, pp. 249-253.

"Factors Influencing Rating Scale Responses: A Procedure for Partitioning Redundancy," *Proceedings*, American Statistical Association, 1982, pp. 335-338 (with M. Sabertehrani).

"Question Understanding in Self-Report Data," *Proceedings*, American Marketing Association, 1982, pp. 426-429 (with R. A. Kerin and M. Sabertehrani).

"Perceptions of Media Bias Toward Business," *Journalism Quarterly,* 59 (Autumn 1982), pp. 461-464 (with G. Kozmetsky and I. C. M. Cunningham).

"Effects of Scaling on the Correlation Coefficient: Issues and Outlook," *Proceedings*, Decision Sciences Institute, 1982, pp. 260-262 (with S. Sharma).

"Scheduling Telephone Interviews," *Journal of Advertising Research*, 23 (April/May 1983), pp. 41-47 (with R. A. Kerin).

"A Mood Scale for Survey Research," *Proceedings*, American Marketing Association, 1983, pp. 409-414 (with M. Sauber).   Received best paper award in research methodology track, 1983 AMA Educators' Conference.

"Perceived Causes of Small Business Failures: A Research Note," *American Journal of Small Business,* 8 (Summer 1983), pp. 15-19 (with G. Kozmetsky and N. Ridgway).

"Opinions About Government Regulation of Small Business," *Journal of Small Business Management,* 22 (January 1984), pp. 56-62 (with G. Kozmetsky and  N. Ridgway).

"Asking the Age Question: A Research Note," *Public Opinion Quarterly,* 48 (Spring 1984), pp. 379-383.

"Attitudes of Newspaper Business Editors and General Public Toward Capitalism," *Journalism Quarterly,* 61 (Spring 1984), pp. 56-65 (with G. Albaum, G. Kozmetsky and I. C. M. Cunningham).

"Empirical Research in International Marketing: 1976-1982," *Journal of International  Business Studies,* 15 (Spring/Summer 1984), pp. 161-173 (with G. Albaum).

"Concerns of College Students Regarding Business Ethics," *Journal of Business Ethics*, 3 (Summer 1984), pp. 195-200 (with R. F. Beltramini and G. Kozmetsky).

"A Meta Analysis of Effect Sizes in Consumer Behavior Experiments," *Journal of Consumer Research*, 12 (June 1985), pp. 97-103 (with G. Albaum and R. F. Beltramini). **Reprinted in** *Recherche et Application en Marketing* (Journal of the French Marketing Association), 1986.

"Small Business Management Assistance: Needs and Sources," *American Journal of Small Business,* 9 (Fall 1984), pp. 35-45.

"A Paradigm for Methodological Research on Mail Survey Response," *Proceedings*, American Marketing Association, 1985, pp. 363-368 (with G. Albaum).

"Public Opinion Regarding Economic Education in the Classroom," *Journal of Education for Business,* 61 (October 1985), pp. 34-37 (with R. F. Beltramini and G. Kozmetsky).

"On the Public's Perception of Capitalism," *Business Horizons*, 29 (January/February 1986), pp. 10-14 (with G. Kozmetsky and G. Albaum).

"A Note on the Perception of Threatening Questions," *Proceedings*, American Statistical Association, 1986, pp. 433-437 (with N. Ridgway).

"The Public's Definition of Small Business," *Journal of Small Business Management*, 24 (July 1986), pp. 63-68 (with G. Albaum and G. Kozmetsky).

"Husband-Wife Report Disagreement: A Cross-National Investigation," *International Journal of Research in Marketing*, 5 (1988), pp. 125-136 (with D. L. Alden, M. O. Attir, and A. J. P. Jolibert).

"Some Limits on the Potency of Word-of-Mouth Information," *Proceedings*, Association for Consumer Research, 1989, pp. 23-29 (with W. R. Wilson).

"A Note on Alternative Contact Strategies in Mail Surveys," *Journal of the Market Research Society*, 31 (July 1989), pp. 409-418 (with G. Albaum and R. A. Kerin).

"Consumers Who Buy from Direct Sales Companies," *Journal of Retailing*, 65 (Summer 1989), pp. 273-286 (with G. Albaum and N. Ridgway).

"Capitalism and Business: Public Perceptions," *Business Horizons*, 32 (July-August 1989), pp. 63-66 (with G. Albaum and G. Kozmetsky).

"Interjudge Agreement and the Maximum Value of Kappa," *Educational and Psychological Measurement*, 49 (December 1989), pp. 835-850 (with U. N. Umesh and M. Sauber).

"A Comparative Investigation of Thematic Information Processing," *Proceedings*, American Marketing Association, 1990, pp. 106-111 (with W. R. Wilson).

"A Critical Evaluation of the Randomized Response Method: Applications, Validation, and Research Agenda," *Sociological Methods and Research*, 20 (August 1991), pp. 104-138 (with U. N. Umesh).

"The Public's Attitude Toward Capitalism: 1980-1989," *Business Horizons,* 34 (September-October 1991), pp. 59-63 (with G. Albaum and G. Kozmetsky).

"Concerns of College Students Regarding Business Ethics: A Replication," *Journal of Business Ethics*, 10 (October 1991), pp. 733-738 (with R. F. Beltramini and G. Kozmetsky).

"Effects of Advertised Customer Satisfaction Claims on Consumer Attitudes and Purchase Intentions," *Journal of Advertising Research*, 32 (March/April 1992), pp. 34-40 (with W. R. Wilson and S. P. Brown).

"Measuring Customer Satisfaction: Fact and Artifact," *Journal of the Academy of Marketing Science*, 20 (January 1992), pp. 61-71 (with W. R. Wilson).

"Mental Accounting and Categorization," *Organizational Behavior and Human Decision Processes*, 51 (February 1992), pp. 92-117 (with P. W. Henderson).

"First-Mover Advantage: A Synthesis, Conceptual Framework, and Research Propositions," *Journal of Marketing*, 58 (October 1992), pp. 33-52 (with R. A. Kerin and P. R. Varadarajan). **Reprinted in** *IEEE Transactions: Engineering Management Review*, Vol. 21 (Winter 1993, 19-33).

"Antecedents and Consequences of Salesperson Job Satisfaction: Meta-Analysis and Assessment of Causal Effects," *Journal of Marketing Research*, 30 (February 1993), pp. 63-77 (with S. P. Brown).

"Customer Base Analysis: An Industrial Purchase Process Application," *Marketing Science*, 13 (Winter 1994), pp. 41-67 (with D. C. Schmittlein).

"The Effect of Effort on Sales Performance and Job Satisfaction," *Journal of Marketing*, 58, (April 1994), pp. 70-80 (with S. P. Brown).

"A Meta-analysis of Cronbach's Coefficient Alpha," *Journal of Consumer Research*, 21 (September 1994), pp. 381-391. **Reprinted in** *Recherche et Applications en Marketing* (Volume 10, Issue 2, 1995, pp. 75-88).

"An Exploratory Investigation of Voice Characteristics and Selling Effectiveness," *Journal of Personal Selling and Sales Management*, 15 (Winter 1995), pp. 1-15 (with M. P. Cannito and S. P. Brown).

"A Meta-analysis of Country-of-Origin Effects," *Journal of International Business Studies*, 26, 4 (1995), pp. 883-900 (with A. J. P. Jolibert).

"Type IV Error in Marketing Research: The Investigation of ANOVA Interactions," *Journal of the Academy of Marketing Science,* 24 (Winter 1996), pp. 17-26 (with U. N. Umesh, M. McCann, and R. Vaidyanathan).

"What is Direct Selling? Definition, Perspectives, and Research Agenda," *Journal of Personal Selling and Sales Management*, 16 (Fall 1996), pp. 1-16 (with T. Wotruba).

"A Quantitative Analysis of Rating Scale Response Variability," *Marketing Letters*, 8 (January 1997), pp. 9-21.

"Exploring the Implications of the Internet for Consumer Marketing," *Journal of the Academy of Marketing Science*, 25 (Fall 1997), pp. 329-346 (with S. Balasubramanian and B. Bronnenberg). **Reprinted in** Jagdish N. Sheth, Abdolreza Eshghi, and Balaji C. Krishnan, *Internet Marketing*, Harcourt College Publishers, 2000, and Montgomery Research, Inc., *Defying the Limits: Reaching New Heights in Customer Relationship Management*, 2000.

"Trademark Dilution and the Practice of Marketing," *Journal of the Academy of Marketing Science*, 27 (April 1999), pp. 255-68 (with K. H. Smith and P. C. Zerrillo).

"A Meta-Analysis of Variance Accounted for and Factor Loadings in Exploratory Factor Analysis," *Marketing Letters*, 11 (August 2000), pp. 261-275.

"On the Use of College Students in Social Science Research: Insights from a
Second-order Meta-Analysis," *Journal of Consumer Research*, 28 (December
2001), pp. 450-461.

"Retailing in the 21st Century: Reflections and Prologue to Research," *Journal of
Retailing*, 78 (Spring 2002), pp. 9-16 (with S. Balasubramanian).

"Exploring the Implications of M-Commerce for Markets and Marketing," *Journal
of the Academy of Marketing Science*, 30 (Fall 2002), pp. 344-357 (with S.
Balasubramanian and S. L. Jarvenpaa).

"Reflections on the Use of Instructional Technologies in Marketing Education,"
*Marketing Education Review*, 12 (Fall 2002), pp. 7-17 (with G. Albaum, J. L.
Munuera, and W. H. Cunningham).

"Consumer Search Behavior and the Internet," *Psychology & Marketing*, 20
(February 2003), pp. 99-121 (with M. Merino).

"Response Construction in Consumer Behavior Research," *Journal of Business
Research*, 58 (March 2005), pp. 348-353.

"On the Use of Beta Coefficients in Meta-analysis," *Journal of Applied Psychology*,
90 (January 2005), pp. 175-181 (with S. P. Brown).

"Ruminations on Theory and Research Scholarship in Marketing," *Journal of
Public Policy & Marketing*, 24 (Spring 2005), pp. 127-130.

"Ethical Attitudes of Future Business Leaders: Do They Vary by Gender and
Religiosity?" *Business & Society* (with G. Albaum), 45 (September 2006), pp.
300-321.

"On the Ethicality of Internal Consumption in Multilevel Marketing," *Journal of
Personal Selling and Sales Management* (with G. Albaum), 27 (Fall 2007), pp.
317-323.

"Hispanic Ethnicity and Media Behavior," *Journal of Advertising Research* (with
R. Villarreal), 48 (June 2008), pp. 179-190.

"Structural Equation Modeling in Marketing: Some Practical Reminders,"
*Journal of Marketing Theory and Practice* (with W. W. Chin and S. P. Brown),
16 (Fall 2008), 287-298.

"Business Students' Attitudes toward Unethical Behavior: A multi-country
Comparison," *Marketing Letters* (with V. Crittenden and R. C. Hanna),
forthcoming.

"The Cheating Culture: A Global Societal Phenomenon," *Business
Horizons* (with V. Crittenden and R.C. Hanna), forthcoming.


**Other**

"Update on the Adoption Process," in *Classics in Consumer Behavior* (L. W.
Boone, ed.), 1977.

"The JMR Book Review Section in Transition," *Journal of Marketing Research*,
May 1976.

"Changing the Guard," *Journal of Marketing,* January 1977.

"ICORE: Interactive Computer Research Exercise," *Journal of Marketing Research*, February 1974 (with J. Dreussi).

"Concerns, Issues and Attitudes: A Texas Survey," $IC^2$ Institute, The University of Texas, Austin, Texas, 1982.

"Public Opinion Regarding Illegal Aliens in Texas," *Texas Business Review,* May-June 1982, pp. 118-121 (with G. Kozmetsky).

"Voter Turnout and Voting Patterns: 1981 Constitutional Amendment Election," Austin, Texas: Secretary of State, 1982.

"Problems and Concerns: Texas and the Nation," $IC^2$ Institute, The University of Texas, Austin, Texas, 1982.

"1982 May Primary Election Analysis," Austin, Texas: Secretary of State, 1982.

"Attitudes and Opinions on Issues Facing Smaller Business Today," $IC^2$ Institute, The University of Texas, Austin, Texas, 1982.

"Perceptions of Major Problems Facing Small Business," *Texas Business Review, 57* (July/August 1983), pp. 177-180 (with G. Albaum and G. Kozmetsky).

"Concerns, Issues and Attitudes: 1983," $IC^2$ Institute, The University of Texas, Austin, Texas,1983.

"Small Business Management Assistance: Needs and Sources," $IC^2$ Institute, The University of Texas, Austin, Texas, 1983.

"Small Business: Problems, Assistance, Planning and Education," $IC^2$ Institute, The University of Texas, Austin, Texas, 1983.

"Business and Financial Planning in Small Businesses," $IC^2$ Institute, The University of Texas, Austin, Texas, 1984.

"Usage and Perceptions of Accountants by Small Businesses," $IC^2$ Institute, The University of Texas, Austin, Texas, 1985.

"Usage and Perceptions of Banks and Bankers by Small Businesses," $IC^2$ Institute, The University of Texas, Austin, Texas, 1986.

"Concerns and Opinions of Texas Business Owners and Executives," Large Scale Programs Institute, The University of Texas, Austin, Texas, 1987.

"Government-Related Opinions and Bookkeeping Practices of Small Businesses," $IC^2$ Institute, The University of Texas, Austin, Texas, 1989.

"Foreword," *The Direct Option* (R. Bartlett), College Station: Texas A&M University Press, 1994.

"Introduction to the Special Issue," *Journal of the Academy of Marketing Science*, Fall 1992, pp. 295-297.

"The Role of Expectations in Retaining Customers," *Paul D. Converse Symposium Digest.*

"Relationship Marketing and the Consumer," *Journal of the Academy of Marketing Science*, 23 (Fall 1995), pp. 279-282.

"Reflections on the Peer Review Process," *Interfaces*, 26 (July-August 1996), pp. 49-53.

"The Effect of Effort on Sales Performance and Job Satisfaction," *Texas Business Review* (December 1996), pp. 4-5 (with S. P. Brown).

Review of *A General Theory of Competition: Resources, Competences, Productivity, Economic Growth* (Shelby D. Hunt, Sage Publications, 2001),

*Journal of the Academy of Marketing Science*, 29 (Fall 2001), pp. 422-423 (with A. Prasad).

"Texans' Perceptions of Higher Education: A Statewide Survey," prepared for the Commission of 125 (February 2003).

"Oz: Argumentum Absurdum?" *Marketing Research*, 15 (Summer 2003), pp. 47-48.

"The Concept of the 'Big Middle'," *Journal of Retailing*, 81 (2, 2005), pp. 83-88 (with M. Levy, D. Grewal, and B. Connolly). (Reprinted in *International Retailing and Marketing Review*)

"Rumination on the Contributions of Jagdish Sheth to Managerial Marketing," in *Managerial Marketing: 1990s and Beyond* (ed. R. Sisodia), 2008.

## V. COMMITTEE SERVICE

### (Standing Committees Only)

College of Business Administration Graduate Committee: 1971-1972

University Parking and Traffic Appeals Panel: 1971-1973 (Chairman, 1972-1973)

Graduate School of Business Ph.D. Admissions Committee: 1972-1984 (Chairman, 1973-1974)

Graduate School of Business Ph.D. Evaluation Committee: 1974-1975

University Library Committee: 1974-1976

University Research Institute Committee (B): 1975-1978

Graduate School of Business MBA Admissions and Continuance Committee: 1975-1983 (Chairman, 1976-1983)

Department of Marketing Administration Ph.D. Admissions Committee: 1976-1977, 1979-1983

College of Business Administration Computer Committee: 1976-1977

Department of Marketing Budget Council: 1977-

Graduate School of Business Long-Range Planning Committee: 1978-1983

Middle Eastern Studies Center Media and Library Committee: 1979-1980

Graduate School of Business Committee: 1988-1989

College of Business Administration Undergraduate Academic Programs Committee (Chair 1998-1999): 1995-1999

Graduate Advisor, Department of Marketing Administration: 1995-2002

Chair, Department of Marketing Graduate Studies Committee: 1998-2004

College of Business Hall of Fame Committee: 1996-2002 (Chair 2000-02)

MS in Science and Technology Graduate Studies Committee: 2003-

McCombs School of Business Executive and Operating Committees: 2002-4

## VI. GRADUATE STUDENT SUPERVISION

### Ph.D.

**Chairman**      Alain J. P. Jolibert (1975)

Rebecca Holman (1976)
Rubens de Costa Santos (1977)
Subhash Sharma (1978)
Marsha Richins (1979)
Richard F. Beltramini (1980)
Mohammad Sabertehrani (Matthew Sauber) (1982)
Nancy Ridgway (1983)
Odekhiren Amaize (1986)
Pamela W. Henderson (1989)
Steven P. Brown (1990)
John Williams (1990)
Karen H. Smith (1993)
Carol Megehee (1996)
James Lemieux (2005)

**Member**

Vijay Mahajan
Susan Whisnant
Richard R. Batsell
Nancy Hazelwood
Yorgo Pasadeos
Harry Watkins (University of Oregon)
Pascal Bourgeat (Universite d'Aix-Marseille 3)
Richard Villarreal (2004)
Jaeseok Jeong (2004)
Silvia Gonzales (2004, Monterrey Tech)
Harsha Gangadharbatla (2006)
Joonhyung Jee (2008)

**MBA**

| | |
|---|---|
| Chairman | 18 Committees |
| Member | 7 Committees |

# Attachment 2

# Prior Testimony, 2003-

Cobra, Inc. vs. Whistler, Inc. (deposition, March 2003)
Rent-A-Center West, Inc. vs. Aaron Rents, Inc. (deposition, April 2004)
Schwan's Sales Enterprises et al. vs. Kraft Pizza Company (deposition, November 2005)
Children's Medical Center of Dallas vs. Columbia Hospital at Medical City Dallas
    Subsidiary, LP (deposition, March 2006)
First Fidelity Bank vs. Fidelity Bank (deposition, April 2006)
Wenger vs. Melhart (deposition, August 2006)
American Century Proprietary Holdings, Inc. vs. American Century Casualty Company
    (deposition, November 2006)
York Group versus Horizon Casket Group et al. (deposition, May 2007)
3M versus Vita and Vident (deposition, January 2008)
Univera Lifesciences versus Bluebonnet Nutrition (deposition, January 2008)
Abercrombie & Fitch versus Moose Creek (trial testimony, February 2008)
Mills Well Service versus ProPetro (deposition, July 2008)

**Attachment 3**

**Field Service Instructions**

# MALL CONSUMER STUDY: INTERVIEWER INSTRUCTIONS
(Houston Malls)

## MATERIALS

- Three (3) envelopes (labeled "Envelope A") each containing a picture (labeled "Picture A" on the back side) displaying a yard sign with red, white, and blue background colors.

- Two (2) envelopes (labeled "Envelope B") each containing a picture (labeled "Picture B" on the back side) displaying a yard sign with a white background color.

- Two (2) versions of the survey questionnaire:

  - 60 copies of the survey questionnaire labeled "Mall Consumer Study - Version A (Use with Picture A)". These questionnaires are to be used with the envelope labeled "Envelope A" which contains the picture labeled "Picture A" on the back side. (Note that 10 extra copies of the this questionnaire are included in the set of 60.)

  - 30 copies of the survey questionnaire labeled "Mall Consumer Study - Version B (Use with Picture B)". These questionnaires are to be used with the envelope labeled "Envelope B" which contains the picture labeled "Picture B" on the back side. (Note that 5 extra copies of this questionnaire are included in the set of 30.)

- 1 Fed Ex shipping label.


## RECRUITMENT / SCREENER PHASE

- Sight screen and interview only people who are 18 years of age or older.

- Both males and females are viable survey participants.

- All survey participants should have been involved in buying or selling a home through a real estate agent or broker in the past 12 months <u>or</u> have considered buying or selling a home through a real estate agent or broker in the past 12 months <u>or</u> are considering buying or selling a home through a real estate agent or broker in the next 6 months.

- Do <u>not</u> interview more than one person in a group of friends/relatives.

- Do <u>not</u> interview anyone who works for an advertising or marketing research company.

- Do <u>not</u> interview anyone who works for a store in this mall.

- Do <u>not</u> interview anyone who works for a real estate agent, real estate company, homebuilder, remodeler, or home inspector.

**PROCEDURES / INTERVIEWING PHASE**

- The objective is to obtain a total of <u>75</u> completed survey questionnaires in your mall, with the following distribution:

  <u>50</u> of questionnaire labeled "Mall Consumer Study - Version A  (Use with Picture A)"

  <u>25</u> of questionnaire labeled "Mall Consumer Study - Version B  (Use with Picture B)"

- At least two different interviewers should conduct the interviews.

- The screening questions (S1, S2, S3, S4, S5, and S6) and statement S7 are to be administered on the mall floor.  Each qualified survey participant is to be escorted to the research interviewing facility where the second and third pages of the questionnaire will be administered.

- Throughout the questionnaire, interviewer instructions are in italics and/or capital letters. Most instructions are contained within brackets.

- During the interviewing phase, follow the instructions explicitly.  Do not converse with the survey participant except to ask the questions exactly as they are presented.

- Read all statements and questions clearly.  Follow the order prescribed in the questionnaire.

- The picture should be in the envelope and not visible to the survey participant during the administration of the screener questions.

- The picture should only be removed from the envelope (as instructed on the bottom the first page of the questionnaire) immediately after the interviewer says, "Please carefully look at this picture."

- **Return the picture to the envelope as instructed in <u>before</u> asking the survey participant Question 1: "From what you know, what company is being promoted or advertised by this sign?"**

- The interviewer must verify that the picture has been returned to the envelope and is not visible to the survey participant.  After this verification, the interviewer must check the response *"Picture is <u>not</u> visible to the survey participant"* <u>before</u> asking the survey participant, "From what you know, what company is being promoted or advertised by this sign?"

- Record the answers to all questions exactly as given by the survey participant.

- Answer <u>every</u> question (1 through 7).  This means the interviewer <u>must</u> ask Questions 4 and 6 ("Why do you say that?") and the follow-up probe question ("What other reasons?") regardless of the response to the previous question.  For example, if a survey participant answers "don't know" to Question 3, the interviewer <u>must</u> still ask Question 4 and the follow-up probe question.

- Only the interviewer is to record the written responses on the survey questionnaire. At no time should the survey participant be permitted to write anything on the survey questionnaire.

- Pay survey participant $3.00 at the conclusion of the interview.

- At the end of the survey, look at the label on the back side of the picture that was shown to the survey participant and verify whether it was Picture A or Picture B by circling the corresponding letter code ("A" or "B") on the third page of the questionnaire (as directed by the instruction: "Circle the letter code located on the back side of the picture shown to this survey participant:").

- After verifying which picture was displayed to the survey participant, the interviewer is to write his/her full name in the space provided and sign the certification on the bottom of the last page of the survey questionnaire.

- Please note this project is scheduled to commence on Friday, November 14. It should be completed by Tuesday, November 18.

- As soon as your facility has completed the project, please immediately ship via Federal Express (FedEx Priority Overnight) for next morning delivery to AustinTrends. This shipment must be made in time to ensure delivery is received by AustinTrends on Wednesday (November 19).

- **Return all materials** – completed questionnaires, unused questionnaires, the pictures, the envelopes, and instructions.

If you have any questions, call Tom Jukam at 512-288-8501 (office) or 512-626-3343 (cell). You can also sent email at jukam@earthlink.net.

**Attachment 4**

**Questionnaire**

Hello, my name is _____, with [RESEARCH SUPPLIER], a marketing research firm. We are conducting a very brief survey, and I would like to ask you a few questions. There are no right or wrong answers. We are only interested in your thoughts. Please do not guess.

S1.  Are you 18 years of age or older?

        ____ Yes [*Continue to Question S2*]
        ____ No [*Thank & Terminate*]

S2.  Do you, or does anyone in your household, or any member of your family, work for an advertising agency, marketing research firm, or store in this mall?

        ____ Yes [*Thank & Terminate*]
        ____ No [*Continue to Question S3*]

S3.  Do you, or does anyone in your household, or any member of your family, work for a real estate company, homebuilder, remodeler, or home inspector?

        ____ Yes [*Thank & Terminate*]
        ____ No [*Continue to Question S4*]

S4.  Have you been involved in buying or selling a home through a real estate agent or broker in the past 12 months?

        ____ Yes [*Skip to Statement S7*]
        ____ No [*Continue to Question S5*]
        ____ Cannot recall [*Continue to Question S5*]

S5.  Have you considered buying or selling a home through a real estate agent or broker in the past 12 months?

        ____ Yes [*Skip to Statement S7*]
        ____ No [*Continue to Question S6*]
        ____ Do not know / cannot say [*Continue to Question S6*]

S6.  Are you considering buying or selling a home through a real estate agent or broker in the next 6 months?

        ____ Yes [*Continue to Statement S7*]
        ____ No [*Thank & Terminate*]
        ____ Do not know / cannot say [*Thank & Terminate*]

S7.  I have a few more questions to ask you.  For helping us, you will receive $3.00 for your time.

*[Remove the picture card from the envelope labeled "A" and show it to the survey participant.]*

Please carefully look at this picture.  Take as much time as you need, then tell me when you are ready to answer a few questions about the picture.

*[After survey participant has viewed picture, return picture to its envelope so that it is not visible.]*

*[Please verify that the picture is now in its envelope and is not visible to the survey participant:*

        *__ Picture is <u>not</u> visible to the survey participant]*

As I said before, there are no right or wrong answers to the questions. If you do not know the answer to a question, just say so. Please do not guess.

1. From what you know, what company is being promoted or advertised by this sign?
   [*Record response verbatim*]

   _____

2. Why do you say that? _____

   _____

   _____

   What other reasons? _____

   _____

3. From what you know, is the company being promoted or advertised by this sign <u>affiliated</u> or <u>connected</u> with any person, firm, or organization?

   ____ Yes → Which one(s)? _____

   _____

   ____ No
   ____ Uncertain / refused / don't know

4. Why do you say that? _____

   _____

   What other reasons? _____

   _____

5. From what you know, would you expect that the company being promoted or advertised by this sign would have to get <u>permission</u> or <u>approval</u> from any person, firm, or organization to use the sign?

   ____ Yes → Which one(s)? _____

   _____

   ____ No
   ____ Uncertain / refused / don't know

6. Why do you say that? _____

   _____

   What other reasons? _____

   _____

7. So that my supervisor can check my work if necessary, may I record your first name and telephone number?

   ____ no/refused
   ____ yes           name: _____

                      phone: _____

Thank you very much!

---------------------------------------------------------------

Circle the letter code located on the back side of
the picture shown to this survey participant:      A     B


Mall Location: (City)_____


Interview Date: _____     Time interview started: _____


Interviewer Name: _____
                                *Print full name legibly*


I certify that this interview has been conducted in accordance with the instructions provided me


                    _____
                         *Interviewer's Signature*

**Attachment 5**

**Picture with Trend Setter Realty Sign**



**Attachment 6**

**Picture with Modified Trend Setter Realty Sign**

