IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RE/MAX INTERNATIONAL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-2426 |
| | § | |
| TRENDSETTER REALTY, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The motion to withdraw filed by Eric Pelton and Associates (Docket Entry No. 53), is granted. The defendants will be represented by Mayur Patel, P.C.

SIGNED on April 3, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge